UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:**

Stephen Gerber, individually and on behalf of all others similarly situated

**Defendant / Respondent:**

Twitter, inc.

**AFFIDAVIT OF SERVICE**

Index No:
4:23-cv-00186-KAW

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Thu, Jan 26 2023 AT 10:40 AM AT 330 N Brand Blvd Ste. 700, Glendale, CA 91203 deponent served the within SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; on Twitter, Inc. C/O CT Corporation System

[ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporate service delivery:** By serving the above on Twitter, Inc. C/O CT Corporation System a domestic corporation, by delivering a true copy thereof to Sarai Marin a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

[ ] **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

[ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

[ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of California or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jan 26, 2023, 10:40 am PST at 330 N Brand Blvd Ste. 700, Glendale, CA 91203 received by Sarai Marin. The recipient confirmed they are authorized to accept

**Description:**
Age: 27   Skin Color: Hispanic   Gender: Female   Weight: 125
Height: 5'4"   Hair: Brown   Relationship:
Other

CARLOS ABREGO

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

Sworn to before me on Jan 30, 2023

Notary Public

MARTHA D. DURAN
COMM. #2350973
Notary Public - California
Los Angeles County
My Comm. Expires Mar. 11, 2025