| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant Twitter, Inc.* | ISRAEL DAVID LLC<br>Israel David<br>israel.david@davidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>17 State Street, Suite 4010<br>New York, New York 10004<br>Telephone: (212) 739-0622<br><br>WESTERMAN LAW CORP.<br>Jeff Westerman (CA Bar No. 94559)<br>jwesterman@jswlegal.com<br>16133 Ventura Blvd., Suite 685<br>Encino, CA 91436<br>Telephone: (310) 698-7450<br><br>*Attorneys for Plaintiff Stephen Gerber* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, individually and on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>                    v.<br><br>TWITTER, INC.,<br>      Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A))**<br><br> **DEMAND FOR JURY TRIAL**<br><br> Magistrate Judge: Hon. Kandis A. Westmore |

1 | Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED between
2 | Plaintiff Stephen Gerber ("Plaintiff") and Defendant Twitter, Inc. ("Twitter," and collectively with
3 | Plaintiff, the "Parties"), by and through their respective counsel of record, to extend the deadline for
4 | answering or responding to the complaint from February 16, 2023 to April 3, 2023. The current
5 | deadline is February 16, 2023, 21 days after Twitter was served. The change will not alter the date
6 | of any event or any deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | DATED: February 16, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By   /s/ *Stephen A. Broome*<br>       Stephen A. Broome |
| 5 | | Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 10 | | *Attorneys for Defendant*<br>Twitter, Inc. |
| 12 | DATED: February 16, 2023 | ISRAEL DAVID LLC |
| 14 | | By   /s/ *Blake Hunter Yagman*<br>       Blake Hunter Yagman |
| 15 | | ISRAEL DAVID LLC<br>Israel David<br>israel.david@davidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>17 State Street, Suite 4010<br>New York, New York 10004<br>Telephone: (212) 739-0622 |
| 20 | | *Attorneys for Plaintiff Stephen Gerber* |

1  DATED: February 16, 2023                WESTERMAN LAW CORP.

2

3                                                   By   /s/ *Jeff Westerman*
                                                          Jeff Westerman
4
                                                          WESTERMAN LAW CORP.
5                                                         Jeff Westerman (CA Bar No. 94559)
                                                          jwesterman@jswlegal.com
6                                                         16133 Ventura Blvd., Suite 685
                                                          Encino, CA 91436
7                                                         Telephone: (310) 698-7450

8                                                         *Attorneys for Plaintiff Stephen Gerber*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: February 16, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By   /s/ *Stephen A. Broome*
                                         Stephen A. Broome

                                         *Attorney for Defendant*
                                         Twitter, Inc.