1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Stephen A. Broome (CA Bar No. 314605)
    stephenbroome@quinnemanuel.com
3 | Viola Trebicka (CA Bar No. 269526)
    violatrebicka@quinnemanuel.com
4 | 865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
5 | Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A))**<br><br>Magistrate Judge: Hon. Kandis A. Westmore |

CASE NO. 4:23-cv-00186-KAW
DECLARATION OF STEPHEN A. BROOME

I, Stephen A. Broome, hereby declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP. I am an attorney of record for the Defendant Twitter, Inc. ("Twitter") in this matter. I submit this declaration in support of the foregoing joint stipulation request, pursuant to N.D. Cal. Civ. Local. R. 6-2.

2. The Parties, after meeting and conferring, have agreed to stipulate to an extension of time for answering or responding to the complaint, such that Twitter's deadline for filing an answer or Rule 12 motion would be April 3, 2023.

3. There have been no previous time modifications in the case by stipulation or Court order and the requested time modifications would not affect other aspects of the schedule for this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2023 in Los Angeles, California.

By  /s/ *Stephen A. Broome*
    Stephen A. Broome