QUINN EMANUEL URQUHART & SULLIVAN, LLP
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

ISRAEL DAVID LLC
Israel David
israel.david@davidllc.com
Blake Hunter Yagman
blake.yagman@davidllc.com
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622

WESTERMAN LAW CORP.
Jeff Westerman (CA Bar No. 94559)
jwesterman@jswlegal.com
16133 Ventura Blvd., Suite 685
Encino, CA 91436
Telephone: (310) 698-7450

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES FOR ANSWERING OR RESPONDING TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Magistrate Judge: Hon. Kandis A. Westmore |

CASE NO. 4:23-cv-00186-KAW
[PROPOSED] ORDER CONTINUING DEADLINE FOR ANSWERING OR RESPONDING TO COMPLAINT

1  Before the Court is the parties' joint stipulation and agreement to extend the deadline for
2  answering or responding to the complaint. Having considered the parties' stipulation, the Court
3  finds that it should be granted. Accordingly, Twitter's deadline for filing an answer or responding
4  to the complaint is April 3, 2023.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10  Date    HONORABLE KANDIS A. WESTMORE
         UNITED STATES MAGISTRATE JUDGE