| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Defendant Twitter, Inc.* | ISRAEL DAVID LLC<br>Israel David<br>israel.david@davidllc.com<br>Blake Hunter Yagman<br>blake.yagman@davidllc.com<br>17 State Street, Suite 4010<br>New York, New York 10004<br>Telephone: (212) 739-0622<br><br>WESTERMAN LAW CORP.<br>Jeff Westerman (CA Bar No. 94559)<br>jwesterman@jswlegal.com<br>16133 Ventura Blvd., Suite 685<br>Encino, CA 91436<br>Telephone: (310) 698-7450<br><br>*Attorneys for Plaintiff Stephen Gerber* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, individually and on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A))**<br><br> **DEMAND FOR JURY TRIAL**<br><br> Magistrate Judge: Hon. Kandis A. Westmore |

1  Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED between
2  Plaintiff Stephen Gerber ("Plaintiff") and Defendant Twitter, Inc. ("Twitter," and collectively with
3  Plaintiff, the "Parties"), by and through their respective counsel of record, to extend the deadline for
4  answering or responding to the complaint from February 16, 2023 to April 3, 2023. The current
5  deadline is February 16, 2023, 21 days after Twitter was served. The change will not alter the date
6  of any event or any deadline already fixed by Court order.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: February 17, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By    /s/ *Stephen A. Broome*
       Stephen A. Broome

       Stephen A. Broome (CA Bar No. 314605)
       stephenbroome@quinnemanuel.com
       Viola Trebicka (CA Bar No. 269526)
       violatrebicka@quinnemanuel.com
       865 S. Figueroa Street, 10th Floor
       Los Angeles, CA 90017
       Telephone: (213) 443-3000
       Facsimile: (213) 443-3100

       *Attorneys for Defendant*
       Twitter, Inc.

DATED: February 17, 2023      ISRAEL DAVID LLC

By    /s/ *Blake Hunter Yagman*
       Blake Hunter Yagman

       ISRAEL DAVID LLC
       Israel David
       israel.david@davidllc.com
       Blake Hunter Yagman
       blake.yagman@davidllc.com
       17 State Street, Suite 4010
       New York, New York 10004
       Telephone: (212) 739-0622

       *Attorneys for Plaintiff Stephen Gerber*

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: February 17, 2023         QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                 By   /s/ *Stephen A. Broome*
                                      Stephen A. Broome

                                      *Attorney for Defendant*
                                      Twitter, Inc.