1  QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2  Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
3  Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
4  865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
5  Telephone: (213) 443-3000
Facsimile: (213) 443-3100
6
*Attorneys for Defendant Twitter, Inc.*
7
UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION
9

10  STEPHEN GERBER, individually and on
behalf of himself and all others similarly
11  situated,

12            Plaintiff,

13            v.

14  TWITTER, INC.,

15            Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:23-cv-00186-KAW

**DECLARATION OF STEPHEN A.
BROOME IN SUPPORT OF JOINT
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT (CIVIL L.R.
6-1(A))**

Magistrate Judge: Hon. Kandis A. Westmore

1  I, Stephen A. Broome, hereby declare as follows:

2         1.      I am a member of the bar of the State of California and a partner at Quinn Emanuel

3  Urquhart & Sullivan, LLP.  I am an attorney of record for the Defendant Twitter, Inc. ("Twitter")

4  in this matter.  I submit this declaration in support of the foregoing joint stipulation, pursuant to

5  N.D. Cal. Civ. Local. R. 6-1.

6         2.      The Parties, after meeting and conferring, have agreed to stipulate to an extension of

7  time for answering or responding to the complaint, such that Twitter's deadline for filing an answer

8  or Rule 12 motion would be April 3, 2023.

9         3.      There have been no previous time modifications in the case by stipulation or Court

10  order and the requested time modifications would not affect other aspects of the schedule for this

11  case.

12         I declare under penalty of perjury that the foregoing is true and correct.

13         Executed on February 17, 2023 in Los Angeles, California.

14

15                                    By    /s/ *Stephen A. Broome*

16                                           Stephen A. Broome

17

18

19

20

21

22

23

24

25

26

27

28