QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Casey Adams (Pro Hac Forthcoming)
caseyadams@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

ISRAEL DAVID LLC
Israel David
israel.david@davidllc.com
Blake Hunter Yagman
blake.yagman@davidllc.com
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622

WESTERMAN LAW CORP.
Jeff Westerman (CA Bar No. 94559)
jwesterman@jswlegal.com
16133 Ventura Blvd., Suite 685
Encino, CA 91436
Telephone: (310) 698-7450

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**JOINT STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15 (a)(2) AND TO EXTEND TIME TO RESPOND TO ANTICIPATED AMENDED COMPLAINT (CIVIL L.R. 6-1(A))**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Magistrate Judge: Hon. Kandis A. Westmore |

1  Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 6-1(a), IT IS HEREBY
2  STIPULATED AND AGREED between Plaintiff Stephen Gerber ("Plaintiff") and Defendant
3  Twitter, Inc. ("Twitter," and collectively with Plaintiff, the "Parties"), by and through their
4  respective counsel of record, to permit Plaintiff to file an amended class action complaint on
5  February 21, 2023, pursuant to Federal Rule of Civil Procedure 15(a)(2), and to extend the deadline
6  for answering or responding to such amended complaint until April 21, 2023.  Currently, the
7  deadline for answering or responding to any such amended complaint filed on February 21, 2023,
8  would be March 14, 2023, 21 days after service of any such amended complaint.  This extension
9  will not alter the date of any event or any deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | DATED: February 21, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By   /s/ Stephen Broome
Stephen A. Broome

Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Casey Adams (Pro Hac Forthcoming)
caseyadams@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant*
Twitter, Inc.

DATED: February 21, 2023					ISRAEL DAVID LLC

						By	/s/ Blake Hunter Yagman
							Blake Hunter Yagman

							ISRAEL DAVID LLC
							Israel David
							israel.david@davidllc.com
							Blake Hunter Yagman
							blake.yagman@davidllc.com
							17 State Street, Suite 4010
							New York, New York 10004
							Telephone: (212) 739-0622

							WESTERMAN LAW CORP.
							Jeff Westerman (CA Bar No. 94559)
							jwesterman@jswlegal.com
							16133 Ventura Blvd., Suite 685
							Encino, CA 91436
							Telephone: (310) 698-7450

							*Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: February 21, 2023               ISRAEL DAVID LLC


                                       By    /s/ Blake Hunter Yagman
                                             Blake Hunter Yagman

                                             *Attorney for Plaintiff*