UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER and ERIC COHEN, individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>                    Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**JOINT DECLARATION OF JOSEPH P. GUGLIELMO AND ISRAEL DAVID IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**<br><br>**JUDGE:** Hon. Kandis A. Westmore<br>**DATE:**   May 18, 2023<br>**TIME:**    1:30 PM |

Joseph P. Guglielmo and Israel David, pursuant to 28 U.S.C. § 1746, hereby confirm that we are over 18 years of age and competent to make the following Declaration under penalty of perjury that:

1. Joseph P. Guglielmo is a partner at Scott+Scott Attorneys at Law LLP.

2. Israel David is a partner at Israel David LLC.

3. Attached hereto as **Exhibit A** is a true and correct copy of the firm resume of Scott+Scott Attorneys at Law LLP.

4. Attached hereto as **Exhibit B** is a true and correct copy of the firm resume of Israel David LLC.

5. Attached hereto as **Exhibit C** is a true and correct copy of the firm resume of Zimmerman Reed LLP and a one-page summary of Mr. Jeff Westerman's experience.

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Lynch Carpenter LLP.

7. Attached hereto as **Exhibit E** is a true and correct copy of the firm resume of Wood Law Firm, LLC.

1 | Joseph P. Guglielmo and Israel David, respectively, declare under penalty of perjury that the foregoing is true and correct.

This Declaration was executed on April 4, 2023, in New York, New York.

*/s/ Joseph P. Guglielmo*  
Joseph P. Guglielmo

*/s/ Israel David*  
Israel David

-2- Case No. 4:23-cv-00186-KAW
JOINT DECLARATION OF JOSEPH P. GUGLIELMO AND ISRAEL DAVID