

T  212.739.0622
W  davidllc.com

17 State Street, Suite 4010
New York, NY 10004

# FIRM RESUME OF ISRAEL DAVID LLC

Established in 2022, Israel David LLC is a growing and diverse high-end litigation boutique focused exclusively on class action lawsuits and complex commercial litigation.

Israel David LLC represents litigants in both the prosecution and defense of class action lawsuits and commercial litigation in federal and state courts throughout the United States. Israel David LLC is comprised of seasoned litigators with extensive experience in commercial and business litigation, data and online privacy class actions, antitrust class actions, securities and shareholder litigation, and consumer class actions. Our litigation approach is lean and efficient, centered on results.

In January 2023, the Honorable Judge Ann M. Donnelly of the United States District Court for the Eastern District of New York appointed Israel David LLC as Interim Co-Lead Class Counsel in *In re American Airlines/JetBlue Antitrust Litigation* (22-cv-07374-AMD-TAM). Israel David LLC's emphasis on antitrust law is rooted in the concern that throttled competition harms consumers. Israel David LLC works to vindicate the rights of victims of antitrust violations through combating conduct inclusive of price-fixing, attempted monopolization, monopolization, tying arrangements, exclusive dealing, and refusals to deal.

In the data-privacy arena, Israel David LLC has an active docket of class action lawsuits in which the firm is seeking to vindicate the rights of consumers whose online and data privacy rights have been abused. For example, Israel David LLC filed the nation's first class action lawsuit on behalf of a nationwide class of minors who have fallen prey to TikTok's covertly-placed in-app browser, which, unbeknownst to users, intercepts all of a user's keystrokes and other sensitive information when a user clicks on a third-party website whilst using the ubiquitous TikTok application. Israel David LLC's attorneys have a deep reservoir of experience and knowledge regarding online and data privacy practices and abuses, and will aggressively fight for victims of such abuses.

In the securities and shareholder litigation arena, Israel David LLC offers broad and deep experience. Our founding partner successfully led the handling of several of the largest and most high-profile securities and shareholder lawsuits in the past quarter century.

Israel David LLC has its offices in the Financial District of New York City and consists of a team of four sophisticated litigators and a financial analyst.

# ISRAEL DAVID – PARTNER

Israel David – a prolific class action litigator – has more than 25 years of experience in representing corporations, boards of directors, and senior corporate management in a wide array of corporate and commercial disputes, with an emphasis on securities and shareholder class actions, derivative lawsuits, privacy class actions, antitrust class actions, along with other complex business disputes. He has litigated numerous "bet-the-company" cases at the trial court and appellate levels in federal and state courts throughout the US, and in domestic and international arbitration proceedings.

Mr. David has earned national acclaim for having successfully represented clients in some of the largest and most high-profile securities and shareholder lawsuits in the last quarter century.

Among numerous other class action lawsuits nationwide, these include:

- Leading the representation of the President of Lehman Brothers in numerous lawsuits nationwide – including the consolidated class action securities lawsuit in the Southern District of New York – arising out of the collapse of Lehman Brothers, likely the largest corporate financial collapse in U.S. history.

- Co-leading the representation of Wells Fargo & Company, its predecessor Wachovia Corporation, and Wachovia's senior-most officers and directors in the consolidated class action securities lawsuit in the Southern District of New York arising out of the financial collapse of Wachovia. The lawsuit (which alleged losses of $109 billion) is considered to be one of the largest class action securities lawsuits in U.S. history to have obtained a complete dismissal with prejudice.

- Co-leading the representation of all of the underwriters of the General Motors Company 2010 IPO – the then-largest IPO in U.S. history – in a class action securities lawsuit in the Southern District of New York.

- Co-leading the representation of eight globally leading banks in a class action securities lawsuit in the Southern District of New York involving the issuance of approximately $26 billion of Residential Mortgage-Backed Securities.

- Leading the representation of two members of the Board of Directors of The Weinstein Company in the high-profile sexual-assault class action lawsuit in the Southern District of New York, arising out of the well-publicized claims of sexual assault allegedly committed by that company's CEO.

Currently, Mr. David serves as court-appointed Interim Co-Lead Class Counsel in an antitrust class action lawsuit involving American Airlines and JetBlue pending in the Eastern District of New York. In the data privacy arena, Mr. David brought a class action lawsuit on behalf of a proposed class of minors whose activity on third-party applications were intercepted by TikTok whilst using TikTok's in-application web browser, and brought a class action lawsuit on behalf

of a proposed class of users of an online medical/pharmaceutical company whose personal medical information were allegedly shared impermissibly with unrelated internet companies, among a number of other currently-pending class action matters.

Prior to founding Israel David LLC, Mr. David was a partner from 2005 to 2022 at the elite international law firm of Fried, Frank, Harris, Shriver & Jacobson LLP, and was an associate at that firm from 1996 to 2005.  Mr. David has also served as trusted advisor to some of the world's largest private equity and hedge funds, providing counsel on matters in relation to fiduciary duties, disclosure matters, and various sensitive issues faced by fund sponsors and general partners.

## HAYLEY LOWE – SPECIAL COUNSEL

Hayley Lowe is an accomplished litigator with nearly a decade of experience litigating high-stakes complex business disputes in federal and state courts and arbitral forums nationwide.  Ms. Lowe has successfully represented clients across a wide array of industries in lawsuits arising from a broad range of commercial transactions, with an emphasis on the financial services sector and complex investment transactions.  She has also litigated matters concerning intellectual property rights, fiduciary duties, fraud claims, antitrust claims, and the federal securities laws.  Ms. Lowe has also been entrusted by fund managers, boards of directors, and executives to advise companies regarding risk assessment and mitigation related to corporate governance, fiduciary duties, proposed transactions, and compliance matters, including with respect to the Investment Company Act of 1940.

Ms. Lowe previously practiced as a senior associate at the elite Texas litigation boutique, Loewinsohn Flegle Deary Simon LLP (now known as Deary Ray LLP) – which was named by the National Law Journal as the best U.S. law firm for business torts during her tenure there.  Ms. Lowe also previously practiced at a prominent New York litigation boutique.  Ms. Lowe also served as Principal Court Attorney to the Honorable Marcy S. Friedman (Ret.) of the New York State Supreme Court – New York County, Commercial Division.  In that role, Ms. Lowe worked closely with Justice Friedman on all aspects of the largest and most complex matters before the Court, including the consolidated residential mortgage-backed securities (RMBS) litigation docket assigned to Justice Friedman.  Immediately prior to joining Israel David LLC, Ms. Lowe served as in-house counsel for an investment fund.

Ms. Lowe received her Juris Doctor degree from Fordham University School of Law in 2013.  While in law school, Ms. Lowe served as a judicial intern to the Honorable Andrea Masley of the New York State Supreme Court – New York County, Commercial Division.  Prior to and concurrent with her first year of law school, Ms. Lowe worked as an analyst for a financial firm dedicated to advising Chinese middle-market companies raising capital in the U.S.

Ms. Lowe earned her Bachelor of Arts degree from the University of Colorado, Boulder in 2009.  During her undergraduate studies, she also completed the International Program in Management at Fundação Getulio Vargas in São Paulo, Brazil.

### BLAKE HUNTER YAGMAN – ASSOCIATE

Blake Hunter Yagman is an accomplished and dynamic courtroom advocate who concentrates his practice on litigating high-value antitrust, data-privacy and consumer class action lawsuits in federal and state trial courts nationwide. Mr. Yagman also has substantial experience in representing plaintiffs and defendants in high-stakes business disputes.  Prior to joining Israel David LLC, Mr. Yagman was an associate at a leading global law firm that specializes in prosecuting class action lawsuits worldwide, including some of the most prominent antitrust cases of the last half decade.  Mr. Yagman played a leadership role at that firm in developing and successfully prosecuting an array of high-profile antitrust and data-privacy class action lawsuits.  As a rising national star in in the antitrust and data-privacy arena, Mr. Yagman was named to the "Top 40 Under 40" rankings for civil plaintiffs' litigation by the National Trial Lawyers organization.

Mr. Yagman has extensive data privacy and data breach litigation experience, having worked on dozens of high-profile data breach cases.  Some of Mr. Yagman's high profile data privacy cases include representing Illinois residents in biometric collection litigation against a major social media company (*Boone, et al. v Snap Inc.* – settled for $35,000,000) and against a software company that collected biometric information from students using an exam proctoring system (*Veiga, et al. v. Respondus, Inc.* – currently in publicly-disclosed settlement negotiations).  Mr. Yagman's data privacy experience also includes cases with unique factual circumstances, including a data breach of a third-party that resulted in the theft of cryptocurrency from digital wallets (*Levinson v. Intuit, Inc., et al.* – settled), a data breach that resulted in the shutdown of the largest gasoline pipeline on the east coast of the United States (*Dickerson v. CDPQ Colonial Partners, L.P., et al.*), and an on-going data privacy case against a pharmaceutical discounting website which sold consumer information to social media and advertising companies (*E.C. v. Criteo Corp., et al.*).

Mr. Yagman received his Juris Doctor degree from the Benjamin N. Cardozo School of Law in 2017, where he was named an Intellectual Property and Data Law Fellow.  He earned his Bachelor of Arts degree from the University of Miami in 2014, where he was named to the Provost's Honor Roll and served as the Student Government Senate's Chair of the Policy and Finance Committee.  Mr. Yagman is currently an active member of New York City's oldest LGBTQIA+ bar association.

### MADELINE SHEFFIELD – ASSOCIATE

Madeline Sheffield is an accomplished trial lawyer who has successfully led and first-chaired jury trials to verdict.  Prior to joining Israel David LLC, Ms. Sheffield served with distinction as an Assistant District Attorney in the Manhattan District Attorney's Office from October 2020 to November 2022.  Ms. Sheffield concentrates her practice on representing plaintiffs and defendants in high-stakes business disputes and class action lawsuits in federal and state courts nationwide.

Ms. Sheffield received her Juris Doctor degree cum laude from Syracuse University College of Law in 2020, where she served as Executive Editor of the Syracuse Law Review.  While in law

school, Ms. Sheffield was also named as a member of the Advocacy Honor Society. Ms. Sheffield earned her Bachelor of Arts degree cum laude from the University of Buffalo in 2017.

## MARK KAHN – FINANCIAL ANALYST

Mark Kahn is a financial analyst at Israel David LLC. Mr. Kahn supports the Firm's securities and shareholder litigation practices, assisting Firm attorneys with case assessment, development, and research. Mr. Kahn also conducts investigations into potential federal and state securities laws violations. Mr. Kahn comes to the Firm with significant experience in the financial sector, having previously worked for several hedge funds in investment and capital-raising capacities.