# FIRM RESUME

**Wood Law Firm, LLC**
E. Kirk Wood - Managing Partner
P.O. Box 382434; Birmingham, AL 35238
Phone: (205) 612-0243;  Fax:  866-747-3905
ekirkwood1@bellsouth.net

**EDUCATION:**
BS, University of Alabama 1976; MS, Troy University 1984; JD, Cumberland School of Law 1987

**LICENSED:**
Alabama, Florida and District of Columbia

**INSTRUCTION:**
Adjunct Professor of Law, University of Alabama, 1992

**ADMITTED:**
Supreme Court of Alabama; Supreme Court of Florida; US District Court for the Northern District of Alabama; US District Court for the Middle District of Alabama; US District Court for the Southern District of Alabama; US District Court for the Northern District of Florida; US District Court for the Middle District of Florida; Minnesota District Court; Missouri Eastern District Court; New York Southern District Court; US Court of Appeals for the Eleventh Circuit; US Court of Appeals for the Fourth Circuit; US Court of Appeals for the Ninth Circuit; US Court of Appeals for the Second Circuit; US Court of Appeals for the Sixth Circuit; US Court of Appeals for the Third Circuit; United States Supreme Court; District of Columbia

**MEMBER:**
American Bar Association; Alabama Bar Association; Florida Bar Association;  Birmingham Bar Association; Federal Bar Association; District of Columbia Bar Association

**CURRENT MULTI DISTRICT AND CLASS LITIGATION MATTERS:**

*In re:  Blue Cross Blue Shield Antitrust Litigation (Plaintiffs Local Facilitating Counsel; Plaintiffs Steering Committee)*
*In re:  Generic Pharmaceuticals Pricing Antitrust Litigation*
*In re: Amiodarone Drug Litigation (Lead Counsel)*
*In re: Woolsey Fire Litigation*
*In re: Google Assistant Privacy Litigation*
*In re: TikTok, Inc. Consumer Privacy Litigation*

**RECENT REPRESENTATIVE MULTI DISTRICT AND CLASS LITIGATION MATTERS:**
**(All of which are now closed):**

*In re: TJX Retail Security Breach Litigation (*Plaintiffs' Steering Committee)
*In re: Vioxx Products Liability Litigation*
*In re: Bausch & Lomb Contact Lens Solution Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Heparin Products Liability Litigation* (Plaintiffs Steering Committee)
*In re: Total Body Formula Products Liability Litigation* (Co-Lead and Liaison Counsel; Plaintiffs Executive Committee)
*In re: Puerto Rico Cabotage Antitrust Litigation* (Plaintiffs Steering Committee)
*In re: Countrywide Security Breach Litigation* (Plaintiffs Steering Committee)
*In re: Hydroxycut Marketing and Sales Practices Litigation*
*In re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation*
*Denise Howerton, et al. vs. Cargill, Inc. (Truvia)*
*In re: Zappos.com, Inc., Customer Data Security Breach Litigation*
*In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*
*In re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*
*In re: Community Health Systems, Inc., Customer Security Data Breach Litigation* (Plaintiffs' Steering Committee)
*In re: Local TV Advertising Antitrust Litigation*
*In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation.*