**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN GERBER and ERIC COHEN, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**<br><br>**JUDGE:** Hon. Kandis A. Westmore |

1 | The Court hereby GRANTS the Unopposed Motion to Appoint Interim Co-Lead Class
2 | Counsel filed by Plaintiffs Stephen Gerber, Eric Cohen and Casey Weitzman.  The Court appoints
3 | Scott+Scott Attorneys at Law LLP and Israel David LLC as Interim Co-Lead Class Counsel, and
4 | appoints Zimmerman Reed LLP and Lynch Carpenter LLP to serve as the Plaintiffs' Steering
5 | Committee, at the direction of Interim Co-Lead Counsel, in this matter.

**IT IS SO ORDERED.**

DATED: _____

By: _____
Hon. Kandis A. Westmore