JEFF S. WESTERMAN (94559)
ZIMMERMAN REED LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Tel: (310) 752-9385
Fax: (877) 500-8781
Email: Jeff.westerman@zimmreed.com

*Attorney for Plaintiffs*
*Stephen Gerber and Eric Cohen*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GERBER, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>TWITTER, INC.,<br><br>           Defendant. | CASE NO. 4:23-cv-00186-KAW<br><br>*Assigned to Magistrate Judge Kandis A. Westmore*<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jeff S. Westerman joined the firm of ZIMMERMAN REED LLP and will continue to serve as counsel for Plaintiffs Stephen Gerber and Eric Cohen in the above referenced action.

His new address and contact information is as follows:

Jeff S. Westerman
ZIMMERMAN REED LLP
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
(310) 752-9385 Telephone
(877) 500-8781 Facsimile
Email: jeff.westerman@zimmreed.com

                          Respectfully submitted,

                          ZIMMERMAN REED LLP

Dated: April 6, 2023         By:   /s/ Jeff S. Westerman
                                       Jeff S. Westerman
                                         6420 Wilshire Blvd, Suite 1080
                                         Los Angeles, CA 90048
                                         (310) 752-9385 Telephone
                                         (877) 500-8781 Facsimile
                                         Email: jeff.westerman@zimmreed.com

                                         *Attorney for Plaintiffs*
                                         *Stephen Gerber and Eric Cohen*