**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice admitted*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiff Casey Weitzman*

**ISRAEL DAVID LLC**
Israel David (*pro hac vice admitted*)
Hayley Elizabeth Lowe (*pro hac forthcoming*)
Blake Hunter Yagman (*pro hac vice admitted*)
Madeline Sheffield (*pro hac forthcoming*)
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628
israel.david@davidllc.com
hayley.lowe@davidllc.com
blake.yagman@davidllc.com
madeline.sheffield@davidllc.com

*Attorneys for Plaintiffs Stephen Gerber and Eric Cohen*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN GERBER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC, et al., <br><br> Defendants. | Case No.: 4:23-cv-00186-KAW <br><br> **PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING UNOPPOSED MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)** <br><br> **Hearing:** June 29, 2023 at 1:30 PST |

Plaintiffs submit this supplemental brief pursuant to the Court's order of May 5, 2023 (Dkt. No. 37) (the "May 5 Order"), directing Plaintiffs to file, by today's date, supplemental briefing regarding why a plaintiffs' steering committee is needed in this matter. The May 5 Order and this supplemental letter brief is addressed to Plaintiffs' April 4, 2023 unopposed motion to appoint Interim Co-Lead Class Counsel (Dkt. No. 28).

Having reviewed the cases cited by the Court in the May 5 Order, although Plaintiffs believe that a plaintiffs' steering committee would be appropriate, Plaintiffs respectfully accept the Court's reasoning that there is no showing that this action currently presents circumstances in which the class members' interests diverge or are otherwise dissimilar, such that a plaintiffs' steering committee would be necessary. Accordingly, in deference to the guidance provided by the Court's May 5 Order, Plaintiffs hereby withdraw their request that the Court appoint a steering committee.

Plaintiffs respectfully request that, in accord with the *Rubenstein* case cited in the May 5 Order, if the Court approves Plaintiffs' motion to appoint Scott + Scott Attorneys at Law LLP and Israel David LLC as Interim Co-Lead Class Counsel, that such co-lead class counsel be permitted to exercise their discretion to consult and coordinate with other counsel regarding the prosecution of the action, including assigning such counsel non-duplicative assignments as may be appropriate. The Court in *Rubinstein* noted that the plaintiffs' counsel there "propose[d] that a Steering Committee is needed so that Interim Lead Class Counsel can consult and coordinate with other counsel regarding the prosecution of the action; ***however, that role is already included in the lead counsel's duties***." *Rubenstein v. Scripps Health*, No. 21cv1135-GPC(MSB), 2021 U.S. Dist. LEXIS 192182, at *4 (S.D. Cal. Oct. 5, 2021) (emphasis added). Here, too, the proposed class would benefit if proposed Interim Co-Lead Class Counsel (if so appointed) were permitted to exercise their discretion to carefully and efficiently consult and coordinate with the other law firms that have appeared in this matter, Zimmerman Reed LLP (which also serves as local counsel to Israel David LLC), Lynch Carpenter LLP, and the Wood Law Firm as these firms have extensive

experience in litigating complex class actions involving large data breaches involving tens of millions of consumers such as what occurred here.[1]

If the Court permits such consultation and coordination, proposed Interim Co-Lead Class Counsel would monitor the time worked on by such additional counsel and be vigilant to ensure that there is no duplication of efforts or work. Rather, such consultation and coordination would be limited to occasions in which proposed Interim Co-Lead Class Counsel deems that the particular experience of such other counsel would meaningfully contribute to the advancement of the proposed class's interests. The proposed class would benefit from such consultation and coordination, given that these firms contributed to the development of this action and possess valuable insights of the claims asserted, while the attendant risk of duplication of efforts that may arise from appointment of a committee is eliminated. In that regard, to monitor time and costs, all firms working on the case would be required to submit contemporaneous monthly timekeeping records recorded in tenths-of-an-hour increments for proposed Interim Co-Lead Class Counsel to promptly review. Proposed Interim Co-Lead Class Counsel would maintain this information centrally, available for the Court's inspection if so requested.

In addition to the *Rubenstein* court, other courts in this District have also approved similar approaches. *See, e.g. Kamakahi v. American Soc. For Reproductive Medicine*, 2012 WL 892163, at *3 (N.D. Cal. Mar. 14, 2012) (co-lead counsel is free to consult with firms proposed, and denied, as Executive Committee); *In re Carrier IQ, Inc., Consumer Privacy Litig.*, No. C-12-md-2330 EMC, ECF No. 100 (N.D. Cal. July 6, 2023) (encouraging two firms appointed as co-lead counsel to "work with other firms, in particular, those from the competing slate"); *Frasco v. Flo Health,*

---

[1] The Court's May 5 Order further requested information concerning what role the Wood Law Firm would serve in the action. (Dkt. No. 37, at fn. 1). The Wood Law Firm is co-counsel to Scott+Scott Attorneys at Law LLP and counsel to Ms. Weitzman. It is intended that the Wood Law Firm provide non-duplicative assistance, at proposed Interim Co-Lead Class Counsel's direction, relating to discovery served upon Ms. Weitzman. Counsel are prepared to provide specific examples of work that proposed Interim Co-Lead Class Counsel would intend to assign to the Wood Law Firm.

Case No. 4:23-cv-00186-KAW
**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING UNOPPOSED MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**
2

*Inc.*, 3:21-cv-00757, ECF No. 80 at 1-2 (N.D. Cal. Oct. 12, 2021) (appointing three co-leads and "entrust[ing]" them with "staffing decisions" and utilization of supporting counsel).

If the Court approves this approach, and approves the appointment of proposed Interim Co-Lead Class Counsel, enclosed for the Court's consideration is a Proposed Order (attached as Exhibit A) based upon substantially similar provisions included in both the decision and operative order issued in *Rubinstein*, as applicable to this case. *See Rubenstein v. Scripps Health*, 2021 U.S. Dist. LEXIS 192182, at *5.

| | |
|---|---|
| DATED: May 19, 2023 | Respectfully submitted, |
| /s/ Israel David | /s/ Joseph P. Guglielmo |

| | |
|---|---|
| **ISRAEL DAVID LLC**<br>Israel David (admitted *pro hac vice*)<br>Hayley Elizabeth Lowe (*pro hac vice* forthcoming)<br>Blake Hunter Yagman (admitted *pro hac vice*)<br>Madeline Sheffield (*pro hac vice* forthcoming)<br>17 State Street, Suite 4010<br>New York, New York 10004<br>Telephone: (212) 739-0622<br>Facsimilie: (212) 739-0628<br>israel.david@davidllc.com<br>hayley.lowe@davidllc.com<br>blake.yagman@davidllc.com<br>madeline.sheffield@davidllc.com | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Joseph P. Guglielmo (*pro hac vice*)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br><br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>Joseph A. Pettigrew (CA Bar No. 236933)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508<br>jpettigrew@scott-scott.com |
| **ZIMMERMAN REED LLP**<br>Jeff Westerman (CA Bar No. 94559)<br>6420 Wilshire Blvd., Suite 1080<br>Los Angeles, CA 90048<br>Telephone: 877-500-9780<br>Jeff.Westerman@zimmreed.com<br><br>*Attorneys for Plaintiffs Stephen Gerber and Eric Cohen* | **LYNCH CARPENTER LLP**<br>Gary F. Lynch<br>Jamisen A. Etzel<br>Nicholas A. Colella<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412.322.9243<br>Facsimile: 412.231.0246<br>gary@lcllp.com<br>jamisen@lcllp.com<br>nickc@lcllp.com<br><br>**WOOD LAW FIRM, LLC**<br>E. Kirk Wood (*pro hac vice* forthcoming)<br>P. O. Box 382434<br>Birmingham, AL 35238-2434<br>Telephone: (205) 908-4906<br>kirk@woodlawifrmllc.com<br><br>*Attorneys for Plaintiff Casey Weitzman* |