**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN GERBER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No.: 4:23-cv-00186-KAW <br><br> **[PROPOSED] ORDER ON MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)** |

On April 4, 2023, Plaintiffs filed an unopposed motion to appoint interim co-lead class counsel and a plaintiffs' steering committee (Dkt. No. 28) (the "Motion").

On May 5, 2023, the Court issued an Order requiring supplemental briefing regarding whether a plaintiffs' steering committee is needed in this action, and continuing the hearing on Plaintiffs' Motion (Dkt. No. 37).

On May 19, 2023, Plaintiffs filed a supplemental brief withdrawing plaintiffs' request for appointment of a plaintiffs' steering committee (Dkt No. 38).

The Court, having considered the record on Plaintiffs' Motion, GRANTS, the Motion in accordance with this Order.

Accordingly, IT IS HEREBY ORDERED:

1. The Court, in accordance with Rule 23(g) of the Federal Rules of Civil Procedure, hereby appoints Joseph P. Guglielmo of Scott + Scott Attorneys At Law LLP and Israel David of Israel David LLC as Interim Co-Lead Class Counsel.

2. The responsibilities pertaining to Mr. Guglielmo and Mr. David as Interim Co-Lead Class Counsel are set forth as follows:

   a. To determine and present (in briefs, oral argument, or such other fashion as may be appropriate or by a designee) to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;

   b. To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g), including the preparation of interrogatories and requests for the production of documents and the examination of witnesses in depositions;

   c. To coordinate discovery efforts with other counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

   d. To conduct settlement negotiations on behalf of Plaintiffs and putative class members, and, where appropriate, to present any proposed settlements to the Court on behalf of putative class members;

e. To delegate specific tasks to other counsel, in a manner designed to ensure that prosecution and management of the case for Plaintiffs and the putative class is conducted efficiently and effectively;

f. To enter into stipulations with opposing counsel (after such consultations with other counsel as may be appropriate) for the orderly conduct of the litigation;

g. To prepare and distribute status reports to any other law firms that might seek to represent the putative class;

h. To maintain adequate time and disbursement records covering services for all Plaintiffs' counsel in this action;

i. To monitor the activities of any other law firms that might seek to represent putative class members to ensure that schedules are met, and unnecessary expenditures of time and funds are avoided; and

j. To perform such other duties as may be incidental to the proper prosecution and coordination of all case activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court.

IT IS SO ORDERED.

Dated: \_\_\_\_, 2023

_____

KANDIS A. WESTMORE
United States Magistrate Judge