UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GERBER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | Case No. 23-cv-00186-KAW <br><br> **SECOND ORDER REQUIRING SUPPLEMENTAL BRIEFING** <br><br> Re: Dkt. No. 28 |

On April 4, 2023, Plaintiffs filed an unopposed motion to appoint interim co-lead counsel. (Dkt. No. 28.) The Court requires additional supplemental briefing, namely as to why appointment of interim counsel is necessary in this case.

Based on the Court's review, it appears many courts in this district have been reluctant to appoint interim counsel where there are no competing lawsuits or "a gaggle of law firms jockeying to be appointed class counsel." *In re Seagate Tech. LLC Litig.*, No. 16-cv-00523-RMW, 2016 U.S. Dist. LEXIS 80741, at *8 (N.D. Cal. June 21, 2016) (finding appointment of interim class counsel unnecessary where two separate cases with similar complaints were consolidated into one action); *see also In re Google Assistance Privacy Litig.*, No. 19-cv-04286-BLF, 2020 U.S. Dist. LEXIS 235824, at *4-5 (N.D. Cal. Dec. 14, 2020) (finding appointment of counsel was not warranted where there was a single consolidated action and the parties "have not identified any other related lawsuits or the potential for additional attorneys to enter the fray"); *Imran v. Vital Pharm., Inc.*, No. 18-cv-05758-JST, 2019 U.S. Dist. LEXIS 59389, at *26-27 (N.D. Cal. Apr. 5, 2019) (finding appointment of interim counsel premature where there was no need to resolve any rivalry between the involved firms or uncertainty as to their roles); *but see Douglas v. Haier Am. Trading, LLC*, No. 5:11-cv-02911 EJD (PSG), 2011 U.S. Dist. LEXIS 91695, at *5-6 (N.D. Cal.

Aug. 17, 2011) (consolidating two cases and appointing interim lead counsel); *Olosoni v. HRD Tax Grp., Inc.*, No. 19-cv-03610-SK, 2019 U.S. Dist. LEXIS 224869, at *19-20 (N.D. Cal. Nov. 5, 2019) (granting motion to appoint interim lead counsel where there was an identical suit pending in a different court). Accordingly, Plaintiffs shall file a supplemental brief explaining why appointment of interim counsel is warranted at this juncture, including whether there are any other actions that have been filed regarding the data breach at issue. Plaintiffs' supplemental brief shall be no more than ten pages, and must be filed within **two weeks** of the date of this order.

IT IS SO ORDERED.

Dated: May 30, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2