STEPHEN A. BROOME (Bar No. 314605)
  stephenbroome@quinnemanuel.com
VIOLA TREBICKA (Bar No. 269526)
  violatrebicka@quinnemanuel.com
NICOLAS MOLINA JR. (Bar No. 339383)
  nicolasmolina@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

CASEY ADAMS (admitted *pro hac vice*)
  caseyadams@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant X Corp.,*
*successor in interest to Twitter, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on behalf of themselves and all others similarly situated,<br><br>              Plaintiff,<br><br>        vs.<br><br>TWITTER, INC. and X CORP., as Successor in Interest to Twitter, Inc.,<br><br>              Defendants. | Case No. 4:23-cv-00186-KAW<br><br>**DECLARATION OF STEPHEN A. BROOME IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge:    Hon. Kandis A. Westmore |

I, Stephen A. Broome, declare as follows:

1.      I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, representing X Corp., successor in interest to Twitter, Inc. ("Twitter") in this action.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.  I make this declaration in support of Twitter's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Twitter's Privacy Policy effective June 18, 2020.  This publication is available at https://twitter.com/en/privacy/previous/version_16.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Twitter's Privacy Policy effective August 19, 2021.  This publication is available at https://twitter.com/en/privacy/previous/version_17.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Twitter's Privacy Policy effective June 10, 2022.  This publication is available at https://twitter.com/en/privacy/previous/version-18.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Twitter's Terms of Service effective June 18, 2020.  This publication is available at: https://twitter.com/en/tos/previous/version_15.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Twitter's Terms of Service effective as of August 19, 2021.  This publication is available at: https://twitter.com/en/tos/previous/version_16.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Twitter's Terms of Service effective as of June 10, 2022.  This publication is available at: https://twitter.com/en/tos/previous/version-17.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a blog post published on the Twitter Privacy Center website on August 5, 2022, titled "An incident impacting some accounts and private information on Twitter."  This publication is available at: https://privacy.twitter.com/en/blog/2022/an-issue-affecting-some-anonymous-accounts.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a blog post published on the Twitter Privacy Center website on January 11, 2023, titled "Update about an alleged incident regarding Twitter user data being sold online."  This publication is available at: https://privacy.twitter.com/en/blog/2023/update-about-an-alleged-incident-regarding-twitter-user-data-being-sold-online.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of an article published on the Bleeping Computer website on January 4, 2023, titled "200 million Twitter users' email addresses allegedly leaked online."  This publication is available at: https://www.bleepingcomputer.com/news/security/200-million-twitter-users-email-addresses-allegedly-leaked-online/.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an article published on the KnowBe4 website on March 7, 2012, titled "28 Percent of Data Breaches Lead to Fraud." This publication is available at:  https://blog.knowbe4.com/bid/252486/28-percent-of-data-breaches-lead-to-fraud.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a report published by the United States Government Accountability Office on June 4, 2007, titled "Data Breaches Are Frequent, But Evidence of Resulting Identity Theft is Limited; However, the Full Extent is Unknown" (GAO-07-737).  This publication is available at:  https://www.gao.gov/assets/gao-07-737.pdf.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a Twitter Help Center page, titled "About your email and phone number discoverability privacy settings."  This publication is available at:  https://help.twitter.com/en/safety-and-security/email-and-phone-discoverability-settings.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a Twitter Help Center page, titled "How to Upload and Manage Your Contacts."  This publication is available at: https://help.twitter.com/en/using-twitter/upload-your-contacts-to-search-for-friends.

1    15.    Attached hereto as **Exhibit 14** is a true and correct copy of a Twitter Help Center

2  page, titled "About Twitter's Account Suggestions."  This publication is available at:

3  https://help.twitter.com/en/using-twitter/account-suggestions.

4    I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct to the best of my knowledge.  Executed on this 6th day of June, 2023

6  in Los Angeles, California.

7

8

9    By  _____/s/ Stephen A. Broome_____
          Stephen A. Broome
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28