# EXHIBIT 7

Skip to main content

 Privacy (https://privacy.twitter.com/en)

- For our users ⌄

  Contact us ⟩ (https://help.twitter.com/forms/privacy)
    - Terms of Service (https://twitter.com/en/tos)
    - Privacy Policy (https://twitter.com/en/privacy)
    - Account settings (https://twitter.com/settings/personalization)
    - Service providers (https://privacy.twitter.com/en/subprocessors)

- For our partners ⌄

  Contact us ⟩ (https://help.twitter.com/forms/privacy)
    - GDPR (https://gdpr.twitter.com)
    - CCPA (https://privacy.twitter.com/en/ccpa)
    - Global DPA (https://privacy.twitter.com/en/for-our-partners/global-dpa)
    - Service providers (https://privacy.twitter.com/en/subprocessors)

- Blog (https://privacy.twitter.com/en/blog)

Contact Us (https://help.twitter.com/forms/privacy)

# Twitter Privacy Center

August 5, 2022

# An incident impacting some accounts and private information on Twitter

We want to let you know about a vulnerability that allowed someone to enter a phone number or email address into the log-in flow in the attempt to learn if that information was tied to an existing Twitter account, and if so, which specific account. We take our responsibility to protect your privacy very seriously and it is unfortunate that this happened. While there's no action for you to take specific to this issue, we want to share more about what happened, the steps we've taken,

and some best practices for keeping your account secure.

**What happened**

In January 2022, we received a report through our bug bounty program (https://help.twitter.com/en/rules-and-policies/reporting-security-vulnerabilities) of a vulnerability in Twitter's systems. As a result of the vulnerability, if someone submitted an email address or phone number to Twitter's systems, Twitter's systems would tell the person what Twitter account the submitted email addresses or phone number was associated with, if any. This bug resulted from an update to our code in June 2021. When we learned about this, we immediately investigated and fixed it. At that time, we had no evidence to suggest someone had taken advantage of the vulnerability.

In July 2022, we learned through a press report that someone had potentially leveraged this and was offering to sell the information they had compiled. After reviewing a sample of the available data for sale, we confirmed that a bad actor had taken advantage of the issue before it was addressed.

We will be directly notifying the account owners we can confirm were affected by this issue. We are publishing this update because we aren't able to confirm every account that was potentially impacted, and are particularly mindful of people with pseudonymous accounts who can be targeted by state or other actors.

**How to Protect Your Account**

If you operate a pseudonymous Twitter account, we understand the risks an incident like this can introduce and deeply regret that this happened. To keep your identity as veiled as possible, we recommend not adding a publicly known phone number or email address to your Twitter account.

While no passwords were exposed, we encourage everyone who uses Twitter to enable 2-factor authentication using (https://help.twitter.com/en/managing-your-account/two-factor-authentication)authentication apps or hardware security keys to protect your account from unauthorized logins. If you're concerned about the safety of your account, or have any questions about how we protect your personal information, you can reach out to our Office of Data protection through this form (https://twitter.ethicspointvp.com/custom/twitter/forms/data/form_data.asp).

To learn more about reporting a security vulnerability, visit our Help Center (https://help.twitter.com/en/rules-and-policies/reporting-security-vulnerabilities), and to learn more about our efforts to protect Twitter from platform manipulation and state-backed activity, visit the Twitter Transparency Report (https://transparency.twitter.com/).

© 2023 X Corp.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

Privacy (https://privacy.twitter.com/en)

- English (https://privacy.twitter.com/en/blog/2022/an-issue-affecting-some-anonymous-accounts)
- Deutsch (https://privacy.twitter.com/de/blog/2022/an-issue-affecting-some-anonymous-accounts)
- Español (https://privacy.twitter.com/es/blog/2022/an-issue-affecting-some-anonymous-accounts)
- Français (https://privacy.twitter.com/fr/blog/2022/an-issue-affecting-some-anonymous-accounts)
- 日本語 (https://privacy.twitter.com/ja/blog/2022/an-issue-affecting-some-anonymous-accounts)
- Русский (https://privacy.twitter.com/ru/blog/2022/an-issue-affecting-some-anonymous-accounts)
- 한국어 (https://privacy.twitter.com/ko/blog/2022/an-issue-affecting-some-anonymous-accounts)
- Italiano (https://privacy.twitter.com/it/blog/2022/an-issue-affecting-some-anonymous-accounts)
- Português (https://privacy.twitter.com/pt/blog/2022/an-issue-affecting-some-anonymous-accounts)
- (https://privacy.twitter.com/ar.html)
- (https://privacy.twitter.com/id.html)
- (https://privacy.twitter.com/nl.html)
- (https://privacy.twitter.com/tr.html)