# EXHIBIT 10

# Security Awareness Training Blog

**7**

Mar

## 28 Percent of Data Breaches Lead to Fraud

👤 Stu Sjouwerman

**Share**

New research says more than 25 percent of consumers hit by a data breach later become victims of identity fraud - especially when payment card information is exposed.

The most recent annual study from Javelin Strategy & Research 2013 Identity Fraud Report: Data Breaches Becoming a Treasure Trove for Fraudsters surveyed 48,200 respondents over the last 10 years, making it the longest-running independent analysis of U.S. identity fraud. "The correlation of being notified of a data breach and actually suffering a certain type of fraud is very, very strong," said Al Pascual, an analyst at Javelin and this report's lead researcher. "If you receive notification that your credit card number has been breached, the incidence rate for that particular population is 28 percent, when we talk about existing credit card fraud. For all consumers, it's only 3.1 percent. That's almost nine times greater. It's a pretty strong indicator that if you lose a credit card [in a breach], there's better than a one-in-four chance that you are going to become a victim of existing card fraud."





Some of the key findings in this year's report are alarming to say the least:

- There is now an incident of identity fraud every 3 seconds in the United States
- Consumers that had their Social Security number compromised were 5 times more likely to become a victim of fraud than the average consumer
- The above graph shows the rate of fraud incidence by data breach victims, non-data-breach victims and all fraud victims
- Sensitive information is being misused for about 48 days after the initial breach, that number has dropped every year from 95 days is 2010 and is the same for all types of fraud
- After an incident, 15% of victims decided to avoid smaller online merchants which is detrimental to small businesses
- Without stronger consumer authentication during online purchases, fraudsters will likely spend more time trying to commit fraud online rather than in the physical world



*Significance tested against 2012; **Blue** significantly lower, **Red** significantly higher.

October 2005 through 2012,
n= varies 4,784 - 5,249.
Base: All Consumers.
© 2013 Javelin Strategy & Research

To get some perspective, here are how the numbers have changed since the 2012 Identity Fraud Report was published:

- The above graph illustrates both the overall fraud incidence rate and total fraud amount for each year since 2005
- 33% of Americans received notification of a data breach in the past year over 15% the previous year
- 28% of consumers affected by a data breach were more likely to become victims of identity fraud over 9.5% in 2012's report
- New Account Fraud (NAF) increased by 50% from 2011 to 2012

A few things to keep in mind to prevent this from happening to you are: taking it seriously when you're notified by your card company or financial institution (make sure you have all the fraud prevention measures available set up first!) monitor your accounts on a daily basis to keep an eye out for fraudulent activity and regular monitoring of your credit report. It is critical that financial institutions have a great customer awareness program in place to keep consumers informed about the latest trends in fraud and arm them with knowledge about how to keep themselves protected.

Data found in this report reinforces the importance of security awareness training in the business world to protect themselves as well as their consumers. It's also important to note hackers aren't just going afret large corporations like Amazon and Facebook, they will target ANY business with security vulnerabilities. Employees are the first line of defense against cybercrime.

**91% of successful data breaches started with a spear-phishing attack**

Find out how many employees in your organization are phish prone today!

**Get Your Free Phishing Security Test**

« Return To KnowBe4 Security Blog

Topics: Phishing, Security Awareness Training, IT Security



**ABOUT STU SJOUWERMAN**

Stu Sjouwerman (pronounced "shower-man") is the founder and CEO of KnowBe4, Inc., which hosts the world's most popular integrated security awareness training and simulated phishing platform, with over 54,000 organization customers and more than 50 million users. A serial entrepreneur and data security expert with 30 years in the IT industry, Stu was the co-founder of Inc. 500 company Sunbelt Software, a multiple award-winning anti-malware software company that was acquired in 2010.

Read more from Stu »

# Subscribe To Our Blog

Email

Enter Your Email Address

Notification Frequency

○ Instant

● Daily

○ Weekly

○ Monthly

Subscribe

Security Awareness Training

Blog RSS Feed



All Posts »

## Posts by Tag

- Phishing (2056)
- Security Awareness Training (1841)
- Social Engineering (1173)
- Ransomware (910)
- KnowBe4 (812)

See all

## Posts By Topic

- Phishing (2056)
- Security Awareness Training (1841)
- Social Engineering (1173)
- Ransomware (910)
- KnowBe4 (812)
- Cybercrime (733)

View All ⌄

## Search Our Blog

Search     🔍

## Get the latest about social engineering

### Subscribe to CyberheistNews

Your Email Address     .

## Products & Services

- ‣ Kevin Mitnick Security Awareness Training
- ‣ KnowBe4 Enterprise Awareness Training Program
- ‣ SecurityCoach
- ‣ PhishER
- ‣ Compliance Plus Training
- ‣ Security Awareness Training Modules Overview
- ‣ Security Awareness Training Features

- Customer Awareness Program
- Customer Success Team

## About Us

- Who We Are
- Partner With Us
- Press Releases
- KnowBe4 In The News
- Integrations

- KnowBe4 Ventures
- KnowBe4 Blog
- Careers At KnowBe4
- Patents
- Federal

## Free Tools

- Phishing Security Test
- QR Code Phishing Security Test
- Phishing Reply Test
- Social Media Phishing Test
- Multi-Factor Authentication Security Assessment
- Domain Doppelgänger
- Awareness Program Builder
- Password Exposure Test
- Phish Alert Button
- Email Exposure Check Pro

- Domain Spoof Test
- Browser Password Inspector
- Mailserver Security Assessment
- Ransomware Simulator
- Second Chance

‣ USB Security Test

‣ Breached Password Test

‣ Weak Password Test

‣ Training Preview

‣ SecurityCoach Preview

## Contact Us

☎ **Phone:** 855-566-9234

✉ **Email:** sales@knowbe4.com

## Contact Support

☎ **Phone:** 855-815-9494

✉ **Email:** support@knowbe4.com

## Search

Search



© 2023 KnowBe4, Inc. All rights reserved. | Legal | Privacy Policy | Terms of Use | Security Statement | Sitemap

