# EXHIBIT 12

[Skip to main content](...)

 Help Center (https://help.twitter.com/)

- Using Twitter (https://help.twitter.com/en/using-twitter)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
    - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
    - Glossary (https://help.twitter.com/en/resources/glossary)
    - A safer Twitter (https://help.twitter.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.twitter.com/en/resources/accessibility)
    - Our rules (https://help.twitter.com/en/resources/rules)
    - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on Twitter (https://help.twitter.com/en/resources/addressing-misleading-info)

Sign in (https://twitter.com/login?redirect_after_login=https://help.twitter.com/en/safety-and-security/email-and-phone-discoverability-settings)



Contact Us (https://help.twitter.com/forms.html)

1. Help Center (https://help.twitter.com/)
    ∧
2. Privacy (https://help.twitter.com/en/safety-and-security#ads-and-data-privacy)
    ∧
3. About your email and phone number discoverability privacy settings

# About your email and phone number discoverability privacy settings

1. Help Center ︿ (https://help.twitter.com/)

2. Privacy ︿ (https://help.twitter.com/en/safety-and-security#ads-and-data-privacy)

# About your email and phone number discoverability privacy settings



PausePlay

00:00

00:38

# Your email address and phone number

Often the best connections on Twitter are with people you already know. In order to help you make those connections, we use your email address and phone number to make your account discoverable to others. You can control whether others can find you on Twitter by your email address or phone number by adjusting your discoverability privacy settings (instructions below). If you turn off the settings that let others find you by your email address or phone number, Twitter will also not use your address book contacts (if you have chosen to upload them) to suggest your account to others.

# How would others find me by my email address or phone number?

If someone has your email address or phone number in their contacts, they may find your account when they upload those contacts to Twitter. Your account may also appear as a suggestion for others to follow if your email address or phone number is included in the contacts that others have uploaded. Learn more about account suggestions.

Instructions for:

To turn off the settings that let others find you by your email address or phone number
For IOS:
Step 1
Tap the **navigation menu** icon.

Step 2
Tap **Settings and privacy**, then tap **Privacy and safety** (https://twitter.com/settings/privacy_and_safety).

Step 3
Under **Discoverability and contacts** you can adjust your settings to **Let others**

**find you by your email** and **Let others find you by your phone.**

For Android:

Step 1

In the top menu, you will either see a **navigation menu** icon ☰ or your **profile** icon. Tap whichever icon you have.

Step 2

Tap **Settings and privacy**, then tap **Privacy and safety** **(https://twitter.com/settings /privacy_and_safety)**.

Step 3

Under **Discoverability and contacts**, you can adjust your settings to **Let others find you by your email** and **Let others find you by your phone**.

For Desktop:

Step 1

Navigate to your Privacy and safety (https://twitter.com/settings/privacy_and_safety)settings.

Step 2

Next to the **Discoverability** **(https://twitter.com/settings/contacts)** section, you'll see the following options:

Step 3

**Let people who have your email address find you on Twitter**

Step 4

**Let people who have your phone number find you on Twitter**

Step 5

Check or uncheck one or both options.

Step 6

Changes are automatically saved.

On mobile.twitter.com:

Step 1

Tap on your **profile** photo.

Step 2

Tap **Settings and privacy**, then tap **Privacy and safety (https://mobile.twitter.com/settings/safety)**.

Step 3
Under **Discoverability and contacts**, tap **Discoverability and contacts**.

Step 4
You will see the following options:

Step 5
**Let others find you by your email**
Step 6
**Let others find you by your phone**

Step 7
Uncheck one or both options.

# Will my email address or phone number be publicly displayed on Twitter?

No, your email address and phone number are not publicly displayed on Twitter, even if you have enabled the setting that lets others find you by your email address or phone number.

# What if I have multiple Twitter accounts associated with the same phone number?

You can have multiple Twitter accounts associated with the same phone number. Each account has its own setting to control whether others can find you by your phone number. Others will be able to find all accounts associated with the same phone number that have this setting enabled.

# Share this article


Tweet

© 2023 X Corp.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

Help Center (https://help.twitter.com/)