# EXHIBIT 13

Skip to main content

 Help Center (https://help.twitter.com/)

- Using Twitter (https://help.twitter.com/en/using-twitter)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
    - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
    - Glossary (https://help.twitter.com/en/resources/glossary)
    - A safer Twitter (https://help.twitter.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.twitter.com/en/resources/accessibility)

    - Our rules (https://help.twitter.com/en/resources/rules)
    - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on Twitter (https://help.twitter.com/en/resources/addressing-misleading-info)



Contact Us (https://help.twitter.com/forms.html)

1. Help Center (https://help.twitter.com/) 

2. Following and unfollowing (https://help.twitter.com/en/using-twitter#following-people-and-groups) 

3. How to upload and manage your contacts

# How to upload and manage your contacts

1. Help Center ^ (https://help.twitter.com/)
2. Following and unfollowing ^ (https://help.twitter.com/en/using-twitter#following-people-and-groups)

# How to upload and manage your contacts

When you upload your contacts to your account, we can help you find people you may know on Twitter. Then you'll be able to find and follow contacts who have allowed other people to find them by their email address or phone number. We may also use your imported address book contacts to personalize content, such as making suggestions or showing user accounts and Tweets for you and other people. Learn more about how we use your uploaded contacts to make account suggestions and about other ways of finding people to follow on Twitter.

You can control whether Twitter will use your address book to suggest your account to others by adjusting the privacy settings that let others find you by your email address or phone number.

Instructions for:
 

To find contacts on Twitter

Step 1

In the top menu, tap your **profile** icon, then tap **Settings and privacy**.

Step 2

Tap **Privacy and safety**.

Step 3

Under **Discoverability and contacts**, tap **Discoverability and contacts**.

Step 4

Tap **Sync address book contact**s. When you sync your contacts, contacts from your device's address book will be uploaded to Twitter on an ongoing basis.

Step 5

The accounts of contacts from your address book who are already on Twitter will be shown.

Step 1

In the top menu, you will either see a navigation menu icon ☰ or your **profile** icon. Tap whichever icon you have and select **Settings and privacy**.

Step 2

Tap **Privacy and safety**.

Step 3

Under **Discoverability and contacts**, tap **Discoverability and contacts**.

Step 4

Tap **Sync address book contacts**. When you sync your contacts, contacts from your device's address book will be uploaded to Twitter on an ongoing basis.

Step 5

The accounts of contacts from your address book who are already on Twitter will be shown.

Onboarding to a Professional Account: find contacts on Twitter

After converting your account to a Twitter Professional Account (https://twitter.com/i/flow/convert_to_professional), you can sync your contacts by selecting **Make more connections**.

Instructions for:



Professional Home: find contacts on Twitter

For Professional Accounts

Step 1

From the left navigation, select **Professional Tools**.

Step 2

Select **Professional Home**.

Step 3

Select **Make more connections**.

To remove your contacts, follow the steps below.

To stop syncing address book contacts on Twitter for iOS or Android app
You can stop uploading your contacts to Twitter on an ongoing basis by adjusting the Sync address book contacts setting.

**Using Twitter for iOS:**

1. In the top menu, tap your **profile** icon.
2. Tap **Settings and privacy**, then tap **Privacy and safety**.
3. Under **Discoverability and contacts**, tap **Discoverability and contacts**.
4. Next to **Sync address book contacts**, drag the slider to turn off.

**Using Twitter for Android:**

1. In the top menu, you will either see a **navigation menu** icon ☰ or your **profile** icon. Tap whichever icon you have.
2. Tap **Settings and privacy**, then tap **Privacy and safety**.
3. Under **Discoverability and contacts**, tap **Discoverability and contacts**.
4. Next to **Sync address book contacts**, uncheck the box to turn off.

Note: When you turn off your **Sync address book contacts** setting on a given device, this will stop syncing contacts to Twitter from that device only. If you want to stop syncing your contacts from other devices, you will need to adjust your settings on those devices or remove all contacts from Twitter. Twitter will continue to store and use the contacts you've previously uploaded unless you remove all contacts.

# To remove contacts on your Twitter for iOS or Android app

1. In the top menu, tap your **profile** icon (iOS) or a **navigation menu** icon ≡ or your **profile** icon (Android).
2. Tap **Settings and privacy**, then tap **Privacy and safety**.
3. Under **Discoverability and contacts**, tap **Discoverability and contacts**.
4. Tap **Remove all contacts**. You'll need to confirm the removal of all contacts by tapping the prompt.

Note: This will remove any contacts you've previously uploaded and turn off your account's **Sync address book contacts** setting on any devices from which you previously chose to sync contacts. Please be aware that this takes a little time and you may still notice some suggestions on Twitter (based on your contacts) in the meantime.

How to view and remove contacts via twitter.com

**To view or remove contacts:**

You can view or remove previously imported contacts from Twitter at any time. Please note your account recommendations may not be as relevant after removing this information.

1. Click on the **more** °°° menu.
2. Go to **Settings and privacy**.
3. Click **Privacy and safety**.
4. Click **Discoverability and contacts**.
5. Click **Manage contacts.**
6. You may be prompted to enter your password. All of your uploaded contacts will be displayed.
7. If you'd like to remove your contacts, click **Remove all contacts**. Once you confirm this request by clicking **Remove**, any contacts you've previously uploaded will be removed from Twitter and your account's **Sync Address Book Contacts** setting will be turned off on any devices from which you previously chose to sync contacts. Please be aware that this takes a little time and you may still notice some suggestions on Twitter (based on your contacts) in the meantime.

**To remove contacts via mobile.twitter.com:**

1. Tap your **profile** icon.
2. Tap **Settings and privacy**, then tap **Privacy and safety**.
3. Under **Discoverability and contacts**, tap **Discoverability and contacts**.
4. Tap **Remove contacts**. You'll need to confirm the removal of all contacts by tapping the prompt.

# Share this article


Tweet

© 2023 X Corp.

Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

Help Center (https://help.twitter.com/)

- [English](https://help.twitter.com/en/using-twitter/upload-your-contacts-to-search-for-friends)
- [Español](https://help.twitter.com/es/using-twitter/upload-your-contacts-to-search-for-friends)
- [日本語](https://help.twitter.com/ja/using-twitter/upload-your-contacts-to-search-for-friends)
- [한국어](https://help.twitter.com/ko/using-twitter/upload-your-contacts-to-search-for-friends)
- [Português](https://help.twitter.com/pt/using-twitter/upload-your-contacts-to-search-for-friends)
- [Deutsch](https://help.twitter.com/de/using-twitter/upload-your-contacts-to-search-for-friends)
- [Türkçe](https://help.twitter.com/tr/using-twitter/upload-your-contacts-to-search-for-friends)
- [Français](https://help.twitter.com/fr/using-twitter/upload-your-contacts-to-search-for-friends)
- [Italiano](https://help.twitter.com/it/using-twitter/upload-your-contacts-to-search-for-friends)
- [العربية](https://help.twitter.com/ar/using-twitter/upload-your-contacts-to-search-for-friends)
- [Nederlands](https://help.twitter.com/nl/using-twitter/upload-your-contacts-to-search-for-friends)
- [Bahasa Indonesia](https://help.twitter.com/id/using-twitter/upload-your-contacts-to-search-for-friends)
- [Русский](https://help.twitter.com/ru/using-twitter/upload-your-contacts-to-search-for-friends)
- [हिंदी](https://help.twitter.com/hi/using-twitter/upload-your-contacts-to-search-for-friends)
- [(https://help.twitter.com/ta.html)](https://help.twitter.com/ta.html)
- [עברית](https://help.twitter.com/he)
- [简体中文](https://help.twitter.com/zh-cn)
- [繁體中文](https://help.twitter.com/zh-tw)
- [ภาษาไทย](https://help.twitter.com/th)
- [Tiếng Việt](https://help.twitter.com/vi)
- [Melayu](https://help.twitter.com/ms)
- [Filipino](https://help.twitter.com/fil)
- [فارسی](https://help.twitter.com/fa)
- [Dansk](https://help.twitter.com/da)
- [Suomi](https://help.twitter.com/fi)
- [Svenska](https://help.twitter.com/sv)
- [Norsk](https://help.twitter.com/no)
- [Polski](https://help.twitter.com/pl)
- [Magyar](https://help.twitter.com/hu)
- [Română](https://help.twitter.com/ro)
- [(https://help.twitter.com/cs.html)](https://help.twitter.com/cs.html)
- [(https://help.twitter.com/el.html)](https://help.twitter.com/el.html)
- [Українська](https://help.twitter.com/uk)
- [(https://help.twitter.com/mr.html)](https://help.twitter.com/mr.html)

- Български (https://help.twitter.com/bg)
- Català (https://help.twitter.com/ca)
- Hrvatski (https://help.twitter.com/hr)
- Српски (https://help.twitter.com/sr)
- Slovenčina (https://help.twitter.com/sk)
- (https://help.twitter.com/kn.html)
- ಪಾಷ್ಟೋ (https://help.twitter.com/ps)
- Dari (https://help.twitter.com/fa-af)
- (https://help.twitter.com/am.html)
- Oromo (https://help.twitter.com/om)
- Tigrinya (https://help.twitter.com/ti)
- (https://help.twitter.com/ha.html)
- (https://help.twitter.com/ig.html)
- (https://help.twitter.com/yo.html)
- (https://help.twitter.com/ha-NG.html)
- Kurdish (https://help.twitter.com/ckb)
- (https://help.twitter.com/ur.html)