# EXHIBIT 14

Skip to main content

 Help Center (https://help.twitter.com/)

- Using Twitter (https://help.twitter.com/en/using-twitter)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
    - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
    - Glossary (https://help.twitter.com/en/resources/glossary)
    - A safer Twitter (https://help.twitter.com/en/resources/a-safer-twitter)
    - Accessibility (https://help.twitter.com/en/resources/accessibility)

    - Our rules (https://help.twitter.com/en/resources/rules)
    - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
    - How we address misinformation on Twitter (https://help.twitter.com/en/resources/addressing-misleading-info)



Contact Us (https://help.twitter.com/forms.html)

1. Help Center (https://help.twitter.com/)
   ⌃

2. Following and unfollowing (https://help.twitter.com/en/using-twitter#following-people-and-groups)
   ⌃

3. About Twitter's account suggestions

# About Twitter's account suggestions



1. Help Center ⌃ (https://help.twitter.com/)

2. Following and unfollowing  (https://help.twitter.com/en/using-twitter#following-people-and-groups)

# About Twitter's account suggestions

## How does Twitter find accounts to suggest?

Twitter's account suggestions are based on algorithms that make personalized suggestions for you. You may see suggestions based on criterion such as:

- If you've uploaded your contacts to Twitter, we'll suggest you connect with those who already have Twitter accounts.
- If someone has uploaded their contacts to Twitter, and your email address or phone number is included in their contacts, we may suggest you follow them.
- Twitter may also make suggestions based on your location, such as the city or country you are in.
- We may make suggestions based on your activity on Twitter, such as your Tweets, who you follow, and accounts and Tweets that you view or otherwise interact with.
- If your settings permit, we may make personalized suggestions based on your visits to third-party websites that integrate Twitter content. Learn more (https://help.twitter.com/using-twitter/tailored-suggestions/).
- Twitter may include Promoted Accounts as suggestions for accounts for you to follow. Read more about Promoted Accounts here (https://business.twitter.com/en/help/overview/what-are-promoted-accounts.html).
- Recommendations delivered to you via email or through Twitter will not suggest content that includes your muted words and hashtags. Learn more about advanced muting options here (https://help.twitter.com/using-twitter/advanced-twitter-mute-options/).

## How do I control suggestions about my account?

**Email or phone number discoverability**

You can control whether we will suggest your account to someone else who has your email address or phone number in their contacts by adjusting your privacy settings. For more information and instructions about adjusting your settings, read this article (https://help.twitter.com/safety-and-security/search-twitter-by-email-or-phone-number#discoverability).

**Account suggestions based on imported contacts**

When you upload your contacts to Twitter, these contacts may appear as suggested accounts for you to follow. Conversely, your account may appear as a suggestion for others to follow. You can control whether Twitter will use your address book to suggest your account to others by adjusting the privacy settings that let others find you by your email address or phone number.

You can also remove contacts you've previously uploaded. When you remove previously uploaded contacts, we will no longer make suggestions based on those contacts, but we may make similar suggestions based on who you already follow, and other factors. For more information and instructions for removing previously imported contacts, see this article (https://help.twitter.com/using-twitter/upload-your-contacts-to-search-for-friends/).

# Twitter is suggesting an account belonging to someone who is deceased

Please report the account information to Twitter. Learn how to contact Twitter about a deceased family member's account.

## Share this article


Tweet

© 2023 X Corp.
Cookies (https://help.twitter.com/rules-and-policies/twitter-cookies)

Case 4:23-cv-00186-KAW   Document 40-15   Filed 06/06/23   Page 5 of 7

Privacy (https://twitter.com/privacy)

Terms and conditions (https://twitter.com/tos)

English

Help Center (https://help.twitter.com/)

- English (https://help.twitter.com/en/using-twitter/account-suggestions)
- Español (https://help.twitter.com/es/using-twitter/account-suggestions)
- 日本語 (https://help.twitter.com/ja/using-twitter/account-suggestions)
- 한국어 (https://help.twitter.com/ko/using-twitter/account-suggestions)
- Português (https://help.twitter.com/pt/using-twitter/account-suggestions)
- Deutsch (https://help.twitter.com/de/using-twitter/account-suggestions)
- Türkçe (https://help.twitter.com/tr/using-twitter/account-suggestions)
- Français (https://help.twitter.com/fr/using-twitter/account-suggestions)
- Italiano (https://help.twitter.com/it/using-twitter/account-suggestions)
- العربية (https://help.twitter.com/ar/using-twitter/account-suggestions)
- Nederlands (https://help.twitter.com/nl/using-twitter/account-suggestions)
- Bahasa Indonesia (https://help.twitter.com/id/using-twitter/account-suggestions)
- Русский (https://help.twitter.com/ru/using-twitter/account-suggestions)
- हिंदी (https://help.twitter.com/hi)
- (https://help.twitter.com/ta.html)
- עברית (https://help.twitter.com/he)
- 简体中文 (https://help.twitter.com/zh-cn)
- 繁體中文 (https://help.twitter.com/zh-tw)
- ภาษาไทย (https://help.twitter.com/th)
- Tiếng Việt (https://help.twitter.com/vi)
- Melayu (https://help.twitter.com/ms)
- Filipino (https://help.twitter.com/fil)
- فارسی (https://help.twitter.com/fa)
- Dansk (https://help.twitter.com/da)
- Suomi (https://help.twitter.com/fi)
- Svenska (https://help.twitter.com/sv)
- Norsk (https://help.twitter.com/no)
- Polski (https://help.twitter.com/pl)
- Magyar (https://help.twitter.com/hu)
- Română (https://help.twitter.com/ro)
- (https://help.twitter.com/cs.html)
- (https://help.twitter.com/el.html)
- Українська (https://help.twitter.com/uk)
- (https://help.twitter.com/mr.html)
- Български (https://help.twitter.com/bg)
- Català (https://help.twitter.com/ca)
- Hrvatski (https://help.twitter.com/hr)
- Српски (https://help.twitter.com/sr)

- Slovenčina (https://help.twitter.com/sk)
- (https://help.twitter.com/kn.html)
- پښتو (https://help.twitter.com/ps)
- Dari (https://help.twitter.com/fa-af)
- (https://help.twitter.com/am.html)
- Oromo (https://help.twitter.com/om)
- Tigrinya (https://help.twitter.com/ti)
- (https://help.twitter.com/ha.html)
- (https://help.twitter.com/ig.html)
- (https://help.twitter.com/yo.html)
- (https://help.twitter.com/ha-NG.html)
- Kurdish (https://help.twitter.com/ckb)
- (https://help.twitter.com/ur.html)