STEPHEN A. BROOME (Bar No. 314605)
    stephenbroome@quinnemanuel.com
VIOLA TREBICKA (Bar No. 269526)
    violatrebicka@quinnemanuel.com
NICOLAS MOLINA JR. (Bar No. 339383)
    nicolasmolina@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100

CASEY ADAMS (admitted *pro hac vice*)
    caseyadams@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant X Corp., successor in interest to Twitter, Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and X CORP., as Successor in Interest to Twitter, Inc.,<br><br>Defendants. | Case No. 4:23-cv-00186-KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Kandis A. Westmore |

**[PROPOSED] ORDER**

Pending before the Court is Defendant X Corp., successor in interest to Twitter, Inc.'s ("Twitter"), Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint ("Motion"). Upon due consideration of the briefs and arguments of counsel, the applicable law, and the entire record herein, and all parties having been given notice and an opportunity to be heard, the Court concludes that Twitter's Motion should be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs fail to state each of their claims.

Accordingly, it is hereby **ORDERED** that Twitter's Motion is **GRANTED**, and the Consolidated Amended Class Action Complaint is hereby **DISMISSED** in its entirety with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated:

---
Hon. Kandis A. Westmore
United States Magistrate Judge