STEPHEN A. BROOME (Bar No. 314605)
    stephenbroome@quinnemanuel.com
VIOLA TREBICKA (Bar No. 269526)
    violatrebicka@quinnemanuel.com
NICOLAS MOLINA JR. (Bar No. 339383)
    nicolasmolina@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443 3000
Facsimile: (213) 443 3100


CASEY ADAMS (admitted *pro hac vice*)
    caseyadams@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant X Corp.,
successor in interest to Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on behalf of themselves and all others similarly situated,<br><br>             Plaintiff,<br><br>      vs.<br><br>TWITTER, INC. and X CORP., as Successor in Interest to Twitter, Inc.,<br><br>             Defendants. | Case No. 4:23-cv-00186-KAW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Judge:    Hon. Kandis A. Westmore |

**[PROPOSED] ORDER**

X Corp., successor in interest to Twitter, Inc. ("Twitter"), has requested that the Court consider the following exhibits under Federal Rule of Evidence 201 and/or the doctrine of incorporation by reference.

**Exhibit 1:** Twitter's Privacy Policy effective June 18, 2020, available at https://twitter.com/en/privacy/previous/version_16.

**Exhibit 2:** Twitter's Privacy Policy effective August 19, 2021, available at https://twitter.com/en/privacy/previous/version_17.

**Exhibit 3:** Twitter's Privacy Policy effective June 10, 2022, available at https://twitter.com/en/privacy/previous/version-18.

**Exhibit 4:** Twitter's Terms of Service effective June 18, 2020, available at https://twitter.com/en/tos/previous/version_15.

**Exhibit 5:** Twitter's Terms of Service effective as of August 19, 2021, available at https://twitter.com/en/tos/previous/version_16.

**Exhibit 6:** Twitter's Terms of Service effective as of June 10, 2022, available at: https://twitter.com/en/tos/previous/version-17.

**Exhibit 7:** A blog post published on the Twitter Privacy Center website on August 5, 2022, titled "An incident impacting some accounts and private information on Twitter," available at https://privacy.twitter.com/en/blog/2022/an-issue-affecting-some-anonymous-accounts.

**Exhibit 8**: A blog post published on the Twitter Privacy Center website on January 11, 2023, titled "Update about an alleged incident regarding Twitter user data being sold online," available at https://privacy.twitter.com/en/blog/2023/update-about-an-alleged-incident-regarding-twitter-user-data-being-sold-online.

**Exhibit 9:** An article published on the Bleeping Computer website on January 4, 2023, titled "200 million Twitter users' email addresses allegedly leaked online," available at https://www.bleepingcomputer.com/news/security/200-million-twitter-users-email-addresses-allegedly-leaked-online/.

**Exhibit 10:** An article published on the KnowBe4 website on March 7, 2012, titled "28

Percent of Data Breaches Lead to Fraud," available at https://blog.knowbe4.com/bid/252486/28-percent-of-data-breaches-lead-to-fraud.

**Exhibit 11:** A report published by the United States Government Accountability Office on June 4, 2007, titled "Data Breaches Are Frequent, But Evidence of Resulting Identity Theft is Limited; However, the Full Extent is Unknown" (GAO-07-737), available at https://www.gao.gov/assets/gao-07-737.pdf.

**Exhibit 12:** A Twitter Help Center page, titled "About your email and phone number discoverability privacy settings," available at https://help.twitter.com/en/safety-and-security/email-and-phone-discoverability-settings.

**Exhibit 13:** A Twitter Help Center page, titled "How to Upload and Manage Your Contacts," available at https://help.twitter.com/en/using-twitter/upload-your-contacts-to-search-for-friends.

**Exhibit 14:** A Twitter Help Center page, titled "About Twitter's Account Suggestions," available at https://help.twitter.com/en/using-twitter/account-suggestions.

The Court, having considered Defendant's request, and good cause appearing therefrom, finds that Exhibits 1-14 are subject to judicial notice and incorporation by reference in the Complaint. Each is therefore properly subject to consideration in connection with Defendant's Motion to Dismiss the Consolidated Amended Complaint. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018); *Parrino v. FHP, Inc.*, 146 F. 3d 699, 706 (9th Cir. 1997); *Newman v. Google LLC*, 2021 WL 2633423, at *15 (N.D. Cal. June 25, 2021); *In re Google, Inc. Priv. Pol'y Litig.*, 2012 WL 6738343, at *3 (N.D. Cal. Dec. 28, 2012).

Defendant's Request for Judicial Notice and Incorporation by Reference is therefore **GRANTED**.

Dated:

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE