UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER INC.,<br><br>Defendant. | Case No. 23-cv-01758-SK<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Kandis A. Westmore for consideration of whether the case is related to 23-cv-00186.

**IT IS SO ORDERED.**

Dated: August 14, 2023



SALLIE KIM
United States Magistrate Judge