# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL LAW AND MOTION MINUTES

| **Date:** 2/15/2024 | **Time:** 1:38pm - 2:48pm | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 23-cv-00186-KAW | **Case Name:** Gerber et al. v. Twitter, Inc. | |

**For Plaintiffs:**
Joseph Guglielmo

**For Defendant:**
Stephen Broome, Case Adams, and Viola Trebicka

**Deputy Clerk:** William F. Tabunut      **Recorded via Zoom:** 1:38pm - 2:48pm

## PROCEEDINGS

Motion to dismiss (Docket 40) held via Zoom, matter argued and submitted as stated on the record. Matters taken under submission, Court to issue written order.