SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOHN MACGREGOR, State Bar No. 304330
  *jmacgregor@cahill.com*
JOEL KURTZBERG (*pro hac vice admitted*)
  *jkurtzberg@cahill.com*
JASON D. ROZBRUCH (*pro hac vice admitted*)
  *jrozbruch@cahill.com*
LISA J. COLE (*pro hac vice admitted*)
  *lcole@cahill.com*
32 Old Slip
New York, NY 10005
Telephone: 212.701.3445

*Counsel for Defendants*
*Twitter, Inc. and X Corp., as Successor*
*in Interest to Twitter, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER, INC. and X CORP., as Successor in Interest to Twitter, Inc., <br><br><br> Defendants. | Case No. 4:23-cv-00186-KAW <br><br> **JOINT STIPULATION AND ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS; DECLARATION OF JOHN MACGREGOR (CIV. L.R. 6-2)** <br><br> **Judge:** Hon. Kandis A. Westmore |

*(left margin, vertical text)* SAWYER & LABAR LLP · 1700 MONTGOMERY ST, STE 108 · SAN FRANCISCO, CA 94111 · TELEPHONE: 415.262.3820 · www.sawyerlabar.com

**STIPULATION**

Pursuant to Local Rule 6-2, the parties stipulate as follows:

**WHEREAS**, on April 12, 2024, the Parties filed a Joint Stipulation and Proposed Order Regarding Briefing Schedule for Motion to Dismiss [Dkt. No. 70];

**WHEREAS**, on April 18, 2024, the Court entered an order granting the Parties' proposed Motion to Dismiss briefing schedule [Dkt. No. 71];

**WHEREAS**, on April 19, 2024, Plaintiffs filed a Consolidated Second Amended Class Action Complaint [Dkt. No. 72];

**WHEREAS**, Defendant anticipates filing a motion to dismiss the Consolidated Second Amended Class Action Complaint;

**WHEREAS**, on April 24, 2024, Adrian Sawyer of Sawyer & Labar LLP filed a Notice of Appearance to represent Defendants Twitter, Inc. and X Corp., as successor in interest to Twitter, Inc. [Dkt. No. 73];

**WHEREAS**, on April 25, 2024, John MacGregor of Cahill Gordon & Reindel LLP filed a Notice of Appearance to represent Defendants Twitter, Inc. and X Corp., as successor in interest to Twitter, Inc. [Dkt. No. 74];

**WHEREAS**, on April 25, 2024, Joel Kurtzberg, Jason Rozbruch, and Lisa J. Cole of Cahill Gordon & Reindel LLP filed *pro hac vice* applications to represent Defendants Twitter, Inc. and X Corp., as successor in interest to Twitter, Inc. [Dkt. Nos. 75, 76, 77];

**WHEREAS**, Stephen Broome, Viola Trebicka, Nicolas Molina Jr., and Casey Adams of Quinn Emanuel Urquhart & Sullivan LLP will soon file a motion to withdraw as counsel for Defendant X Corp., as successor in interest to Twitter, Inc., and have communicated this to Plaintiffs.

**WHEREAS**, on April 26, 2024, in light of the change in representation for the Defendant and in order to give Defendants' new counsel ample time to review the pleadings, briefs, and decisions in this case, the Parties filed a Joint Stipulation and Proposed Order Regarding Briefing Schedule for Motion to Dismiss [Dkt. No. 78];

JOINT STIPULATION AND ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS AND DECLARATION OF JOHN MACGREGOR

**WHEREAS**, on April 29, 2024, the Court entered an order granting the Parties' proposed Motion to Dismiss briefing schedule and set October 3, 2024 as the date for hearing on the Motion to Dismiss [Dkt. No. 79];

**WHEREAS**, on April 29, 2024, the Court granted the *pro hac vice* applications of Joel Kurtzberg, Jason Rozbruch, and Lisa J. Cole of Cahill Gordon & Reindel LLP to represent Defendants Twitter, Inc. and X Corp., as successor in interest to Twitter, Inc. [Dkt. Nos. 80, 81, 82];

**WHEREAS**, in light of the fact that Joel Kurtzberg and Jason Rozbruch, who are attorneys for Defendants, observe the religious holiday, Rosh Hashanah, which will begin in the evening of October 2, 2024, and will end in the evening on October 4, 2024;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1. Hearing on motions to be set on the Court's next available next available oral argument date after October 4, 2024.

DATED:  May 1, 2024

SAWYER & LABAR LLP
1700 MONTGOMERY ST. STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

By: */s/ John MacGregor*
    John MacGregor

John MacGregor, State Bar No. 304330
Joel Kurtzberg (*pro hac vice admitted*)
Jason D. Rozbruch (*pro hac vice admitted*)
Lisa J. Cole (*pro hac vice admitted*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3445
jmacgregor@cahill.com
jkurtzberg@cahill.com
jrozbruch@cahill.com
lcole@cahill.com

Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

*Attorneys for Defendants Twitter, Inc. and X
Corp., as Successor in Interest to Twitter, Inc.*

By: */s/ Israel David*
    Israel David

Israel David (*pro hac vice admitted*)
Hayley Elizabeth Lowe (*pro hac
forthcoming*)
Blake Hunter Yagman (*pro hac vice admitted*)
Madeline Sheffield (*pro hac forthcoming*)
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628
israel.david@davidllc.com
hayley.lowe@davidllc.com
blake.yagman@davidllc.com
madeline.sheffield@davidllc.com

Joseph P. Guglielmo (*pro hac vice admitted*)
SCOTT+SCOTT ATTORNEYS AT LAW
LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

JOINT STIPULATION AND ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS AND
DECLARATION OF JOHN MACGREGOR

Joseph A. Pettigrew (CA Bar No. 236933)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 223-4565
Facsimile: (619) 223-0508
jpettigrew@scott-scott.com

Jeff Westerman (CA Bar No. 94559)
ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-9780
Jeff.Westerman@zimmreed.com

Gary F. Lynch
Jamisen A. Etzel
Nicholas A. Colella
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

E.Kirk Wood (*pro hac vice forthcoming*)
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35138-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com

*Attorneys for Plaintiffs*

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

JOINT STIPULATION AND ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS AND
DECLARATION OF JOHN MACGREGOR

**DECLARATION OF JOHN MACGREGOR**

I, John MacGregor, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Cahill Gordon & Reindel LLP, attorneys of record for Defendants Twitter, Inc. and X Corp., as successor in interest to Twitter, Inc.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.  I make this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' Joint Stipulation Regarding Hearing Date for Motion to Dismiss.

2.     The religious holiday, Rosh Hashanah, will begin in the evening of October 2, 2024, and will end in the evening on October 4, 2024.

3.     The Parties make this request to continue the Hearing on Motion to Dismiss currently set for October 3, 2023. Joel Kurtzberg and Jason Rozbruch, who are attorneys for Defendants, observe Rosh Hashanah.

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of May, 2024, at New York, New York.


*/s/ John MacGregor*
_____
John MacGregor


**ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  May 6, 2024


_____
Hon. Kandis A. Westmore
United States Magistrate Judge

JOINT STIPULATION AND ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS AND DECLARATION OF JOHN MACGREGOR

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

1

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatories, as indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED:  May 1, 2024                           Respectfully submitted,

SAWYER & LABAR LLP


By:    /s/ *Adrian Sawyer*
       Adrian Sawyer

       *Attorney for Defendants Twitter, Inc. and X Corp.,*
       *as Successor in Interest to Twitter, Inc.*

JOINT STIPULATION AND ORDER REGARDING HEARING DATE FOR MOTION TO DISMISS AND DECLARATION OF JOHN MACGREGOR