1  STEPHEN A. BROOME (Bar No. 314605)
       stephenbroome@quinnemanuel.com
2  VIOLA TREBICKA (Bar No. 269526)
       violatrebicka@quinnemanuel.com
3  NICOLAS MOLINA JR. (Bar No. 339383)
       nicolasmolina@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
   Los Angeles, CA 90017
5  Telephone: (213) 443 3000
   Facsimile: (213) 443 3100

6  CASEY ADAMS (admitted *pro hac vice*)
7       caseyadams@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
8  New York, NY 10010
   Telephone: (212) 849-7000
9  Facsimile: (212) 849-7100

10 *Attorneys for Defendant X Corp.,
   successor in interest to Twitter, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    vs.<br><br>TWITTER, INC and X CORP., as Successor in Interest to Twitter, Inc.,<br><br>         Defendants. | CASE NO. 4:23-cv-00186-KAW<br><br>**NOTICE OF CHANGE OF COUNSEL; ADMINISTRATIVE MOTION FOR LEAVE TO WITHDRAW** |

**NOTICE OF CHANGE OF COUNSEL**

NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 5-1(c)(2)(C) that Defendant X Corp., successor in interest to Twitter, Inc. ("X Corp."), has retained Cahill Gordon & Reindel LLP as counsel in this matter. X Corp.'s new counsel has appeared in this action. Dkt. Nos. 74–77, 80–82. By the Administrative Motion filed herewith, X. Corp. seeks an order permitting Stephen A. Broome, Viola Trebicka, Nicolas Molina, Jr. and Casey Adams of Quinn Emanual Urquhart & Sullivan, LLP to withdraw as its counsel.

**ADMINISTRATIVE MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Civil Local Rules 11-5(a) and 7-11, Defendant X Corp., successor in interest to Twitter, Inc. ("X Corp."), moves for an Order permitting Stephen A. Broome, Viola Trebicka, Nicolas Molina, Jr., and Casey Adams of Quinn Emanuel Urquhart & Sullivan LLP to withdraw as its counsel. X. Corp. provided notice of its change in counsel to Plaintiffs Stephen Gerber, Eric Cohen, and Casey Weitzman on April 22, 2024.

DATED: May 7, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Stephen Broome*
     Stephen A. Broome