SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
  *jkurtzberg@cahill.com*
JOHN MACGREGOR, State Bar No. 304330
  *jmacgregor@cahill.com*
JASON D. ROZBRUCH (admitted *pro hac vice*)
  *jrozbruch@cahill.com*
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120

*Counsel for Defendant X Corp.,
as Successor-in-Interest to Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., as Successor-in-Interest to Twitter, Inc.,<br><br>Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**[PROPOSED]** ORDER GRANTING PARTIES' JOINT REQUEST FOR A STAY <u>AS MODIFIED</u><br><br>**Judge:** Hon. Kandis A. Westmore<br>**Hearing Date:** August 7, 2025<br>**Location:** Oakland, CA<br>**Courtroom:** TBD<br>**Time:** 1:30 p.m. |

**[PROPOSED] ORDER AS MODIFIED**

Upon consideration of the Parties' Joint Motion to Stay All Proceedings Pending Mediation in the above-captioned action (the "Action"), and in light of the Parties' stated interest in entering mediation with the aim of exploring a potential resolution:

IT IS HEREBY **ORDERED** that the proceedings in this Action are stayed for a period of time to be determined in 14 days from the entry of this Order, on which date the Parties are **ORDERED** to submit a ~~joint status report~~ stipulation and proposed order informing the Court of the timing of the mediation in this case and containing a recommendation regarding an end date for the stay.

Finally, the Court VACATES the July 3, 2025 hearing on the pending motion for leave to amend the complaint (Dkt. No. 139), and the July 8, 2025 case management conference.

Dated:  June 26, 2025

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

4:23-cv-00186-KAW
[PROPOSED] ORDER GRANTING PARTIES' JOINT REQUEST FOR A STAY