SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  sawyer@sawyerlabar.com
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (*pro hac vice admitted*)
  jkurtzberg@cahill.com
JOHN MACGREGOR, State Bar No. 304330
  jmacgregor@cahill.com
JASON D. ROZBRUCH (*pro hac vice admitted*)
  jrozbruch@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120

*Counsel for Defendant X Corp.,
as Successor-in-Interest to Twitter, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER, ERIC COHEN, and CASEY WEITZMAN, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>X CORP., as Successor-in-Interest to Twitter, Inc.,<br><br>          Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO PRODUCE INCIDENT REPORTS; DECLARATION OF JOEL KURTZBERG (CIV. L.R. 6-2); ORDER**<br><br>**Judge:** Hon. Kandis A. Westmore |

4:23-cv-00186-KAW

JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO PRODUCE INCIDENT REPORTS; DECLARATION OF JOEL KURTZBERG (CIV. L.R. 6-2)

## STIPULATION

Pursuant to Civil Local Rule 6-2, the Parties stipulate as follows:

**WHEREAS**, on April 14, 2025, the Parties filed a joint letter regarding the Parties' dispute as to attorney-client privilege and attorney work product protection related to Defendant's production of twelve incident reports or forensic investigation reports (the "Incident Reports") (Dkt. No. 133);

**WHEREAS**, on October 16, 2025, the Court ordered Defendant to produce the Incident Reports to Plaintiffs within ten days of the date of the Order (i.e., by October 27, 2025) (Dkt. No. 178);

**WHEREAS**, the Parties have met and conferred and have agreed to a seven-day extension of time for Defendant to produce the Incident Reports to Plaintiffs (i.e., to November 3, 2025);

**WHEREAS**, this Stipulation is supported by the accompanying Declaration of Joel Kurtzberg, as required by Civil Local Rule 6-2;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1. The deadline for Defendant to produce the Incident Reports to Plaintiffs be extended to November 3, 2025.

2     4:23-cv-00186-KAW

JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO PRODUCE INCIDENT REPORTS; DECLARATION OF JOEL KURTZBERG (CIV. L.R. 6-2)

1  DATED: October 22, 2025

2

3  By: */s/ Joel Kurtzberg*
  Joel Kurtzberg
            By: */s/ Joseph P. Guglielmo*
              Joseph P. Guglielmo

4  Joel Kurtzberg (*pro hac vice admitted*)
John MacGregor, State Bar No. 304330
Jason D. Rozbruch (*pro hac vice admitted*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
jmacgregor@cahill.com
jrozbruch@cahill.com

Joseph P. Guglielmo (*pro hac vice admitted*)
Anjori Mitra (*pro hac vice admitted*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
amitra@scott-scott.com

Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

Israel David (*pro hac vice admitted*)
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628
israel.david@davidllc.com

*Attorneys for Defendant X Corp., as Successor-in-Interest to Twitter, Inc.*

Joseph A. Pettigrew (CA Bar No. 236933)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 223-4565
Facsimile: (619) 223-0508
jpettigrew@scott-scott.com

Jeff Westerman (CA Bar No. 94559)
ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-9780
Jeff.Westerman@zimmreed.com

Gary F. Lynch
Jamisen A. Etzel
Nicholas A. Colella
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

E. Kirk Wood (*pro hac vice forthcoming*)
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35138-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com

*Attorneys for Plaintiffs*

JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S DEADLINE TO PRODUCE INCIDENT REPORTS; DECLARATION OF JOEL KURTZBERG (CIV. L.R. 6-2)

# DECLARATION OF JOEL KURTZBERG

I, Joel Kurtzberg, declare as follows:

1.   I am an attorney duly admitted to practice before this Court *pro hac vice*. I am a partner with Cahill Gordon & Reindel LLP, attorneys of record for Defendant X Corp., as successor-in-interest to Twitter, Inc. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration pursuant to Civil Local Rule 6-2(a) in support of the Parties' Joint Stipulation Regarding Defendant's Deadline to Produce Incident Reports.

2.   Pursuant to the Court's October 16, 2025 Order regarding the Parties' April 14, 2025 Discovery Letter (Dkt. No. 178), the deadline for Defendant to produce the Incident Reports to Plaintiffs is October 27, 2025.

3.   The Parties have met and conferred and have agreed to extend the deadline by which Defendant must produce the Incident Reports to Plaintiffs by seven days (i.e., to November 3, 2025).

4.   The following are the previous modifications of time in this case: (1) Defendant's time to respond to the Complaint was extended by stipulation from February 16, 2023, to April 3, 2023 (Dkt. No. 16); (2) the hearing on the Motion to Appoint Counsel was continued by order from May 18, 2023, to June 29, 2023 (Dkt. No. 37); the Initial Case Management Conference was continued by order from April 18, 2023, to May 23, 2023 (Dkt. No. 31), from May 23, 2023, to August 8, 2023 (Dkt. No. 37), from August 8, 2023, to November 14, 2023 (Dkt. No. 49), from August 8, 2023, to February 27, 2024 (Dkt. No. 59), from February 27, 2024, to June 18, 2024 (Dkt. No. 65), from June 18, 2024, to November 19, 2024 (Dkt. No. 88), and from November 19, 2024, to February 4, 2025 (Dkt. No. 105); (3) the hearing on the Motion to Dismiss the Consolidated Amended Class Action Complaint was continued by stipulation from October 19, 2023, to December 7, 2023 (Dkt. No. 57), and then from December 7, 2023, to February 15, 2024 (Dkt. No. 60); (4) the briefing schedule for the Motion to Dismiss the Consolidated Second Amended Complaint was specially set by stipulation and order issued April 29, 2024 (Dkt. No. 79); (5) the hearing for the Motion to Dismiss the Consolidated Second Amended Complaint was continued by

stipulation and order from October 3, 2024, to October 17, 2024 (Dkt. No. 84); (6) the deadline for Defendant's Answer to Plaintiffs' Consolidated Second Amended Class Action Complaint was continued by stipulation and order from January 8, 2025, to January 31, 2025; (7) the briefing schedule for Twitter's Motion to Certify December 18, 2024 Order for Interlocutory Appeal was specially set by stipulation and order issued February 27, 2025 (Dkt. No. 119); (8) the briefing schedule for Plaintiffs' Motion for Leave to File a Third Amended Class Action Complaint was specifically set by stipulation and order issued May 8, 2025 (Dkt. No. 152); (9) the deadlines set forth in the Court's Pretrial Schedule Order (Dkt. No. 112) were continued by order from January 30, 2026, to April 24, 2026 (fact discovery), February 13, 2026, to May 8, 2026 (expert disclosure), February 27, 2026, to May 22, 2026 (expert rebuttal), March 20, 2026, to June 12, 2026 (expert discovery), May 22, 2026, to August 14, 2026 (Motion for Class Certification), June 19, 2026, to September 11, 2026 (Opposition), July 10, 2026, to October 2, 2026 (Reply), August 20, 2026, to November 19, 2026 (dispositive motions) (Dkt. No. 175); and (10) the further Case Management Conference was continued by order from July 8, 2025, to November 25, 2025 (Dkt. No. 175).

5.  Granting this stipulated request to continue Defendant's time to produce the Incident Reports to November 3, 2025 will not prejudice the parties or impact the case schedule.

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of October, 2025, at New York, New York.

*/s/ Joel Kurtzberg*
Joel Kurtzberg

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: October 24, 2025

_____
Hon. Kandis A. Westmore
United States Magistrate Judge