UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GERBER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TWITTER, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-00186-KAW<br><br>**ORDER DENYING MOTION TO STAY AND MOTION TO SHORTEN TIME**<br><br>Re: Dkt. Nos. 186, 187 |

On October 29, 2025, Defendant filed a motion to stay and motion to shorten time regarding the October 16, 2025 discovery order ("the discovery order"). (Dkt. Nos. 181, 182.) On October 30, 2025, the Court terminated the motions for failure to comply with the Court's Government Shutdown Standing Order, but added: "should Defendant file their motion for leave to file a motion for reconsideration by November 3, 2025, the Court will deem the [discovery] order stayed until the motion for leave is resolved." (Dkt. No. 183 at 2.)

That same day, Defendant filed their motion for leave. (Dkt. No. 185.) Thus, per the Court's order, the discovery order is stayed. Inexplicably, however, Defendant also re-filed their motion to stay and motion to shorten time, acknowledging that the Court had stayed the discovery order but arguing that it also needed a stay pending the motion to stay, the resolution of any motion for reconsideration permitted by the Court, and the Ninth Circuit's resolution of any motion to stay the discovery order. (*See* Dkt. No. 186 at i.)

It is self-evident that should the Court grant the motion for leave, the discovery order would be stayed to allow litigation of the motion for reconsideration -- otherwise, any motion for reconsideration would be pointless. Further, there is no pending appeal to the Ninth Circuit, so it is unclear why the Court would, at this juncture, stay the order based on resolution of a

hypothetical future appeal. Finally, it is unclear why the Court would need to stay the discovery order pending the motion to stay; again, the discovery order is already stayed.

Accordingly, the Court DENIES Defendant's motion to stay and motion to shorten time because the discovery order is already stayed.

IT IS SO ORDERED.

Dated: November 7, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2